**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

VALERIE R. WHITE, *et al.*,

    Plaintiffs,

v.

HILTON HOTELS RETIREMENT PLAN, *et al.*,

    Defendants.

Civil Action No. 16-856 (CKK)

**ORDER**
(January 24, 2018)

    For the reasons set forth in the accompanying Memorandum Opinion, in an exercise of the Court's discretion, the Court **GRANTS** Plaintiffs' [33] Motion for Leave to Amend Pursuant to FRCP 15(a)(2). The Clerk of the Court shall file the Second Amended Complaint attached to Plaintiffs' [33] Motion under a separate docket entry.

    Defendants shall file a notice with the Court by **JANUARY 31, 2018**, indicating whether they intend to file a specific dispositive motion in response to the Second Amended Complaint, and thereafter the Court shall set an appropriate briefing schedule if applicable.

    **SO ORDERED.**

Dated: January 24, 2018

                                                /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge