UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALERIE R. WHITE, *et al.*,

    Plaintiffs,

    v.

HILTON HOTELS RETIREMENT PLAN, *et al.*,

    Defendants.

Civil Action No. 16-856 (CKK)

**ORDER**
(March 31, 2019)

For the reasons set forth in the accompanying Memorandum Opinion, and in an exercise of its discretion, the Court shall **DENY** Plaintiffs' [58] Motion for Leave to Amend Complaint to Add Additional Named Representative. *Kifafi* never made a determination as to a "non-participating service" subclass as Plaintiffs define it; therefore, there are no rights to be vindicated as to any such subclass pursuant to *Kifafi*. In light of the delay and prejudice that their actions in this litigation already have entailed, Plaintiffs are prohibited from seeking further leave to amend their Second Amended Complaint, unless Plaintiffs decide to forego this claim in this lawsuit.

By **APRIL 15, 2019**, the parties shall file a Joint Status Report identifying how they propose to proceed and a schedule for such proceedings.

**SO ORDERED.**

Dated: March 31, 2019

                                        /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge