UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE R. WHITE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>HILTON HOTELS RETIREMENT PLAN, *et al.*,<br><br>    Defendants. | Civil Action No. 16-856 (CKK) |

**ORDER**
(December 17, 2019)

For the reasons set forth in the accompanying Memorandum Opinion, the Court shall **DENY** Plaintiffs' Motion to Reconsider March 31, 2019 Decision Denying Motion to Add Additional Named Representative, ECF No. 66.  By **JANUARY 7, 2020**, the parties shall file a Joint Status Report identifying how they propose to proceed and a schedule for such proceedings.

**SO ORDERED.**

Date:  December 17, 2019

                                                  /s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge