# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE R. WHITE, *et al.*, <br><br>       Plaintiffs, <br><br>       v. <br><br> HILTON HOTELS RETIREMENT PLAN, *et al.*, <br><br>       Defendants. | Civil Action No. 16-856 (CKK) |

## ORDER
(October 7, 2020)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **DENIES** Plaintiffs' [74] Renewed Motion for Class Certification **WITHOUT PREJUDICE**. By **NOVEMBER 6, 2020**, the parties shall file a Joint Status Report identifying how they propose to proceed and a schedule for such proceedings.

   **SO ORDERED.**


**Date**: October 7, 2020

                                               /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge