UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE R. WHITE, *et al.*,         )<br>                                                         )<br>                    Plaintiffs,          )<br>                                                         )<br>          vs.                                        )          Case No. 16-CV-856 (CKK)<br>                                                         )<br>HILTON HOTELS RETIREMENT PLAN,  )<br>*et al.*,                                              )<br>                                                         )<br>                    Defendants.        )<br>_____ ) | |

**PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION**

Pursuant to FRCP 23, Local Civ. R. 23.1(c), and this Court's November 8, 2020 Minute Order, Plaintiffs hereby move this Court to certify the requested class, appoint Valerie White, Eva Juneau, and Peter Betancourt as class representatives, and appoint the undersigned as Class counsel. The grounds for this motion are:

1.  Certification of an ERISA class action under Rule 23(a) is appropriate because the members of the proposed class (and each of the proposed subclasses) are numerous and geographically dispersed, making joinder impracticable. Plaintiffs' claims present common issues of law and fact of which the named Plaintiffs' claims are typical, and the named Plaintiffs' and their counsel will fairly and adequately protect the class' interests.

2.  The class should be certified under Rule 23(b)(2) because the Hilton Defendants have acted on grounds generally applicable to the class, thereby making

declaratory and injunctive relief applicable with respect to the class as a whole.

3. The class has been defined and the class claims have been described in the Proposed Order as required by FRCP 23(c)(1)(B), and Class counsel are experienced and well-qualified to represent the class under FRCP 23(g).

4. A Memorandum in Support and the Proposed Order accompany this Motion.

DATED: November 20, 2020

/s/ Stephen R. Bruce
Stephen R. Bruce (D.C. Bar No. 289066)
Allison C. Pienta (D.C. Bar No. 494372)
STEPHEN R. BRUCE LAW OFFICES
1667 K Street, N.W., Suite 410
Washington, D.C. 20006
(202) 289-1117
stephen.bruce@prodigy.net
acaalim@verizon.net

Attorneys for named Plaintiffs and Plaintiff Class

## Certificate of Service

I hereby certify that on November 20, 2020, a true and correct copy of the Plaintiffs' Second Renewed Motion for Class Certification, the Memorandum in Support, the Declaration of Allison C. Pienta with Exhibits 1 to 15, the Declaration of Valerie R. White, the Declaration of Eva Juneau, the Declaration of Peter Betancourt, and the Proposed Order, were sent via CM/ECF electronic filing to the following attorneys:

>Andrew M. Lacy
>Simpson Thacher & Bartlett, LLP
>900 G St. NW
>Washington, DC 20001
>
>Jonathan K. Youngwood
>Shannon K. McGovern
>Simpson Thacher & Bartlett, LLP
>425 Lexington Ave.
>New York, NY 10017
>
>Attorneys for Defendants

>/s/ Stephen R. Bruce
>Stephen R. Bruce