UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE R. WHITE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 16-CV-856 (CKK) |
| ) | |
| HILTON HOTELS RETIREMENT PLAN, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF VALERIE R. WHITE

I, Valerie R. White, being over the age of 21 and competent to testify, make this declaration under 28 U.S.C. §1746 and state that:

1. I was born and raised in Washington, D.C. and have lived here for most of my life. I currently reside on Decatur Street in Northeast DC.

2. I began working for the Washington Hilton starting on June 21, 1972, starting as a bus girl and becoming a waitress. After an accident in June 1975, I was transferred to a front desk cashier position, where I worked until March 26, 1982.

3. When I left the Hilton in 1982, I went on to work in accounting at the Hyatt Crystal City until approximately 1992, and then worked for accounting and payroll at the Hyatt Arlington. I worked for the Hyatt for a total of 33 years until I retired in 2015 at the age of 64.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2018, in Washington, D.C.

*Valerie R. White*
Valerie R. White