UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE R. WHITE, et al., </br></br> Plaintiffs, </br></br> vs. </br></br> HILTON HOTELS RETIREMENT PLAN, et al., </br></br> Defendants. | Case No. 16-CV-856 (CKK) |

### DECLARATION OF EVA JUNEAU

I, Eva Juneau, being over the age of 21 and competent to testify, make this declaration under 28 U.S.C. §1746 and state that:

1. I worked for the Reno Hilton as a showroom server from April 22, 1991 until May 16, 1996, and then at the Flamingo Hilton Reno from May 17, 1996 until November 10, 2000 as a banquet server and bartender. I often worked six nights a week and on holidays.

2. After the Flamingo Hilton Reno became the Golden Phoenix Reno in 2002, I continued working at the Golden Phoenix Reno in the maintenance department until it closed in 2005, and I also did some property management during that time. I have since gone into construction management and currently manage a weed control company in Reno.

Executed on January 17, 2018, in Reno, NV.

Eva Juneau