UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE R. WHITE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 16-CV-856 (CKK) |
| | ) |
| HILTON HOTELS RETIREMENT PLAN, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DECLARATION OF PETER BETANCOURT

I, Peter Betancourt, being over the age of 21 and competent to testify, make this declaration under 28 U.S.C. §1746 and state that:

1. I am an acoustic finger style guitarist and singer/songwriter and the owner of Higher Ground Music Publishing and Production. I have been performing professionally in South Florida for over 25 years.

2. My father, Pedro Betancourt, worked at the New York Hilton from October 3, 1947 to January 13, 1979 and died in 1985 at the age of 71.

3. When my father died in 1985, my mother, Delia Betancourt, was the executor/personal representative of my father's estate. In 1998, I was appointed the executor/personal representative of my mother's estate after she died.

4. I recently located a Hilton Hotels newsletter featuring a photo of my father and mother at his 1979 retirement party. The caption states that "he has been with Hilton for 32 years" and that he was "proclaimed ... the 'Steward of Stewards'" at the New York

Hilton and "many Hilton properties" where he was sent to "participat[e] in the opening."

Executed on January 17, 2018, in Pembroke Pines, FL.

_____
Peter Betancourt