**V R White**    Female    Property **DCAWHHH *U***

*No Payment Set-Up*

*Recalc / Data Clean-Up*
Group Id: **CLEAN TNV**
Matching:
Data Status:

Svc Dt **6/21/1972** [ 21.00 yrs ]

Birth /1951 [ 66.59 yrs ]

Death     Term Dt **3/26/1982** [ 30.76 yrs ]    Curr Stat. **Non-Vested Term.**

| Start Date | End Date | Benefit | Vesting | Status | Hours | Hotel (Property) | P | F | U | T | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Total 9.76156 | 9.52500 |  |  |  |  |  |  |  |  |
| 3/27/1982 |  | 0.00000 | 0.00000 | TNV - Non-Vested Term. | 0 | Washington Hilton - DCAWHHH | P | H | N | F |  |
| 1/1/1982 | 3/26/1982 | 0.23656 | 0.00000 | _ | 621 | Washington Hilton - DCAWHHH | P | H | N | F | V |
| 1/1/1981 | 12/31/1981 | 1.00000 | 1.00000 | _ | 2229 | Washington Hilton - DCAWHHH | P | H | N | F |  |
| 1/1/1980 | 12/31/1980 | 1.00000 | 1.00000 | _ | 2166 | Washington Hilton - DCAWHHH | P | H | N | F |  |
| 1/1/1979 | 12/31/1979 | 1.00000 | 1.00000 | _ | 2169 | Washington Hilton - DCAWHHH | P | H | N | F |  |
| 1/1/1978 | 12/31/1978 | 1.00000 | 1.00000 | _ | 2125 | Washington Hilton - DCAWHHH | P | H | N | F |  |
| 1/1/1977 | 12/31/1977 | 1.00000 | 1.00000 | _ | 2177 | Washington Hilton - DCAWHHH | P | H | N | F |  |
| 1/1/1976 | 12/31/1976 | 1.00000 | 1.00000 | _ | 0 | Washington Hilton - DCAWHHH | P | H | N | F |  |
| 6/22/1972 | 12/31/1975 | 3.52500 | 3.52500 | _ | 0 | Washington Hilton - DCAWHHH | P | H | N | F |  |
| 6/21/1972 | 6/21/1972 | 0.00000 | 0.00000 | _ | 0 | Washington Hilton - DCAWHHH | W | H | N | F | Prior to age 21 |

**EXHIBIT 1**

**P 0006**

# Hilton Hotels Retirement Plan

## GCG Vested Retirement Benefits Claim

| Name: | Valerie R White |
|---|---|
| SSN: | ▉▉▉▉▉▉ |
| Address: | ▉▉▉▉▉▉▉▉▉▉▉▉ |
| Date Claim Received: | 12/5/2014 |

| Preliminary Indication: | **Not Vested** |
|---|---|
| Vesting Service Requirement: | 10 Years |
| Union Service Claim: | No |

| Date Submitted for Review: | August 25, 2015 |
|---|---|
| Supporting Documentation (included):<br><br>White, Valerie R-Claim Form.pdf<br>White, Valerie R-Employee Profile.pdf<br>White, Valerie R - Hilton Claim Acknowledgment Ltr.pdf | |

Commentary:

| Start Date | End Date | Hours | FLSA Code | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|---|
| 06/21/1972 | 12/31/1975 | Elapsed | H | DCAWHHH | Y |  | 3.52957 |
| 01/01/1976 | 12/31/1976 | 2,280.00 | H | DCAWHHH | Y | ERISA | 1 |
| 01/01/1977 | 12/31/1977 | 2,177.00 | H | DCAWHHH | Y | Actual | 1 |
| 01/01/1978 | 12/31/1978 | 2,125.00 | H | DCAWHHH | Y | Actual | 1 |
| 01/01/1979 | 12/31/1979 | 2,168.75 | H | DCAWHHH | Y | Actual | 1 |
| 01/01/1980 | 12/31/1980 | 2,166.00 | H | DCAWHHH | Y | Actual | 1 |
| 01/01/1981 | 12/31/1981 | 2,229.00 | H | DCAWHHH | Y | Actual | 1 |
| 01/01/1982 | 03/26/1982 | 620.50 | H | DCAWHHH | Y | Actual | 0 |
|  |  |  |  |  |  | **Total Vesting Service** | **9.52957** |

Additional Notes:
- Service prior to 01/01/1976 is calculated on an elapsed time basis.
- Hours for 1976 were calculated using ERISA equivalency since no hours are provided on service history.

**August 31, 2015**
**HH 001325**