| | Amick Eva M | Female | Property | RNORHHH | | | No Payment Set-Up | | Recalc / Data Clean-Up | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Birth  /1961 [ 56.33 yrs ] | | Svc Dt | 7/31/1992 | [ 30.85 yrs ] | | | | Group Id: CLEAN TNV | |
| | | | Hire | 4/22/1991 | | | | | Matching: | |
| | Death | | Term Dt | 5/16/1996 | [ 34.64 yrs ] | | Curr Stat. Non-Vested Term. | | Data Status: | |

(0)   PTS   Notes

| | Start Date | End Date | Benefit | Vesting | Status | Hours | Hotel (Property) | Codes P / F / U / T | Note |
|---|---|---|---|---|---|---|---|---|---|
| | | Total | 2.00000 | 2.00000 | | | | | |
| | 2/22/1997 | | 0.00000 | 0.00000 | TNV - Non-Vested Term. | 0 | Flamingo Hilton-Reno - RNOFHHH | P  H  N  T | |
| | 1/1/1997 | 2/21/1997 | 0.00000 | 0.00000 | _ | 500 | Flamingo Hilton-Reno - RNOFHHH | Y  H  N  T | |
| | 5/17/1996 | 12/31/1996 | 0.00000 | 0.00000 | _ | 180 | Flamingo Hilton-Reno - RNOFHHH | Y  H  N  T | |
| | 1/1/1996 | 5/16/1996 | 0.00000 | 0.00000 | _ | 415 | Reno Hilton - RNORHHH | Y  H  N  T | H |
| | 1/1/1995 | 12/31/1995 | 1.00000 | 1.00000 | _ | 1192 | Reno Hilton - RNORHHH | P  H  N  F | |
| E | 1/1/1994 | 12/31/1994 | 1.00000 | 1.00000 | _ | 1093 | Reno Hilton - RNORHHH | P  H  N  F | |

**EXHIBIT 2**

P 0025

# Hilton Hotels Retirement Plan

## GCG Vested Retirement Benefits Claim

| | |
|---|---|
| Name: | Eva Juneau (Amick Cirne) |
| SSN: | |
| Address: | |
| Date Claim Received: | 12/5/2014 |

| | |
|---|---|
| Preliminary Indication: | **Not Vested** |
| Vesting Service Requirement: | 5 Years |
| Union Service Claim: | No |

| | |
|---|---|
| Date Submitted for Review: | July 29, 2015 |
| Supporting Documentation (included): | |
| Juneau, Eva - Claim Form.pdf | |
| Juneau, Eva - Hilton Claim Acknowledgment Ltr.pdf | |
| Juneau, Eva - Employee Profile.pdf | |

Commentary:

| Start Date | End Date | Hours | FLSA Code | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|---|
| 04/22/1991 | 07/31/1992 | | | RNORHHH | N | | N/A |
| 08/01/1992 | 12/31/1992 | 950.00 | | RNORHHH | Y | ERISA | 1 |
| 01/01/1993 | 12/31/1993 | 2280.00 | | RNORHHH | Y | ERISA | 1 |
| 01/01/1994 | 12/31/1994 | 1093.00 | H | RNORHHH | Y | Actual | 1 |
| 01/01/1995 | 12/31/1995 | 1192.00 | H | RNORHHH | Y | Actual | 1 |
| 01/01/1996 | 05/16/1996 | 415.00 | H | RNORHHH | Y | Actual | 0 |
| 05/17/1996 | 12/31/1996 | 180.00 | H | RNOFHHH | Y | Actual | |
| 01/01/1997 | 02/21/1997 | 500.00 | H | RNOFHHH | Y | Actual | 0 |
| | | | | | | **Total Vesting Service** | **4** |

Additional Notes:
- RNORHHH did not become a participating property until 8/1/1992. Service prior to this date not considered.
- Service history only provides hours for 1/1/1994-2/21/1997. Even if service for 8/1/1992-12/31/1993 is considered using ERISA equivalency, employee still is not vested.

D 001360