EXHIBIT 3

# Certificate of Attendance

This certifies that

**Eva Cirne**

Has attended hands-on instruction in

**Use of Fire Extinguishing Equipment**

conducted at the

*Flamingo* Reno

on the 9th day of March, 2000

Presented by Dean Hill, Director of Security

P 0012



May 25, 2000

Russell Ward

Reno, NV 89509

Dear Russell:

It gives us great pleasure to inform you that you have been selected to receive a 2000/2001 Park Place Entertainment Scholarship award in the amount of $1,200.00 per semester to be used at the university of your choice.

In your honor, the Flamingo Hilton Reno Scholarship Committee would like to invite you and your immediate family to our upcoming Scholarship Recipient Celebration. The date, time, and location will be forthcoming by invitation.

Once you have received your invitation, please contact Human Resources at 785-7281 to confirm your attendance for the event.

Russell, we hope that with the assistance of our scholarship award, you will continue to make your commitment to higher education and maintain the personal attributes and dedication you have shown thus far in your life.

Again, congratulations and good luck!

Sincerely,

The Flamingo Reno Scholarship Committee

Rachel Morrison
Advertising/Publicity Manager

Greg Vorreyer
Property Controller

Suzanne DeGiacomo
Assist. Dir. of Human Resources

Al Wolfe
Casino Shift Manager

P 0013

*Reno Hilton*

February 7, 2002

Russell Ward
Reno, NV 89509

Dear Russell,

In an effort to update our records and verify your continued eligibility in the Park Place Entertainment scholarship Program, the following information is being requested from you:

- ✓ An updated transcript of all college courses completed to date
- ✓ Your current G.P.A.
- ✓ Your class standing as of February 7, 2002 (i.e., Sophomore, Junior, etc.)

Please submit this information to the Reno Hilton Human Resources department no later than Thursday, February 21, 2002. This information can be faxed to (775) 789-2384 to my attention, also.

If you have any questions please do not hesitate to call me at (775) 788-6946.

Sincerely,

David M. Monegan
Regional Director, Human Resources Administration

2500 East Second Street   Reno, Nevada 89595-0002   (775) 789-2000

P 0014

```
742 W PLUMB LN   L
RENO, NV 89509                        09-2002        EFX      SUBJECT

509 MODOC ST
RENO, NV 89509                        07-1995        EFX      SUBJECT

742 W PLUMB LN
RENO, NV 895093631                    07-1999        XPN      SUBJECT
```

EMPLOYMENT INFORMATION

1. FLAMINGO HILTON ,
   OCCUPATION UNKNOWN      EFX    SUBJECT

2. VA LAKE TOWN HOMES ,
   OCCUPATION UNKNOWN      EFX    SUBJECT

3. REICH REALTY/RENO HILTON ,
   OCCUPATION UNKNOWN      EFX    SUBJECT

4. FLAMINGO HILTON
   OCCUPATION UNKNOWN   Rptd 04-1997   TUC   SUBJECT

5. HJ KOHLENBERG
   CANT READ   Rptd 07-1996   TUC   SUBJECT

continued on page 6

LANDSAFE CREDIT MERGE REPORT                          Page 6

Request Date/Time: 12/12/2002 09:08:28 AM             Request ID:

EMPLOYMENT INFORMATION

6. VIRGINIA LAKE TOWN ,
   OCCUPATION UNKNOWN   Rptd 08-1996   XPN   SUBJECT

7. RENOHILTON REICH REALTY ,
   OCCUPATION UNKNOWN   Rptd 08-1995   XPN   SUBJECT

AKA INFORMATION

| Name | Bureau | Subject/Spouse |
|---|---|---|
| 1. AMICK, EVA M | EFX | SUBJECT |
| 2. AMICK,EVA,M, | TUC | SUBJECT |
| 3. AMICK, EVA | XPN | SUBJECT |

MISCELLANEOUS INFORMATION

   -- No Information Was Found --

CONSUMER STATEMENTS

   -- No Information Was Found --

FRAUD VERIFICATION INFORMATION

XPN FACS/FACS+ SUBJECT

P 0015