**P Betancourt**    Male    Property **NYCNHHH *U***

No Payment Set-Up

Recalc / Data Clean-Up
Group Id: **CLEAN TNV**
Matching:
Data Status: **Need Research**

Svc Dt **10/3/1947** [ 33.67 yrs ]

Birth **/1914** [ 103.98 yrs ]
Death     Term Dt **1/13/1979** [ 64.95 yrs ]    Curr Stat. **Non-Vested Term.**

(0)    PTS    Notes

| Start Date | End Date | Benefit | Vesting | Status | Hours | Hotel (Property) | P | F | U | T | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 5.54884 | 5.51389 | | | | | | | | |
| 1/14/1979 | | 0.00000 | 0.00000 | TNV - Non-Vested Term. | 0 | New York Hilton - NYCNHHH | P | E | N | F | |
| 1/1/1979 | 1/13/1979 | 0.03495 | 0.00000 | _ | 294 | New York Hilton - NYCNHHH | P | E | N | F | R |
| 1/1/1978 | 12/31/1978 | 1.00000 | 1.00000 | _ | 2219 | New York Hilton - NYCNHHH | P | E | N | F | |
| 1/1/1977 | 12/31/1977 | 1.00000 | 1.00000 | _ | 2023 | New York Hilton - NYCNHHH | P | E | N | F | |
| 6/26/1973 | 12/31/1976 | 3.51389 | 3.51389 | _ | 0 | New York Hilton - NYCNHHH | P | E | N | F | |
| 10/3/1947 | 6/25/1973 | 0.00000 | 0.00000 | _ | 0 | New York Hilton - NYCNHHH | S | E | N | F | 1960/1/1 |

Codes



P 0034

# Hilton Hotels Retirement Plan

## GCG Vested Retirement Benefits Claim

| Name: | P Betancourt |
|---|---|
| SSN: | |
| Address: | Attn Peter Betancourt |
| Date Claim Received: | 12/5/2014 |

| Preliminary Indication: | **Vested** |
|---|---|
| Vesting Service Requirement: | 10 Years |
| Union Service Claim: | No |

| Date Submitted for Review: | July 29, 2015 |
|---|---|
| Supporting Documentation (included): | |
| Betancourt, P - Claim Form.pdf | |
| Betancourt, P - Employee Profile.pdf | |
| Betancourt, P - Vesting Claim Analysis.pdf | |

Commentary:
Service History based on Hilton data files:

| Start Date | End Date | Hours | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|
| 10/03/1947 | 12/31/1959 | | NYCNHHH | N | | 0 |
| 01/01/1960 | 12/31/1975 | | NYCNHHH | N | | 16 |
| 01/01/1976 | 12/31/1976 | 2,280.00 | NYCNHHH | N | ERISA | 1 |
| 01/01/1977 | 12/31/1977 | 2,023.00 | NYCNHHH | N | Actual | 1 |
| 01/01/1978 | 12/31/1978 | 2,219.00 | NYCNHHH | N | Actual | 1 |
| 01/01/1979 | 01/13/1979 | 294.00 | NYCNHHH | N | Actual | 0 |
| | | | | | **Total Vesting Service** | **19** |

Additional Notes:
• Service prior to 01/01/1976 is calculated on an elapsed time basis.
• Hilton data files show Service date to be 10/03/1947.
• NYCNHHH became a Participating Property effective 01/01/1960, service prior to that date is excluded from Vesting Service.
• Hilton data files show service starting effective 06/26/1973.

D 000162