

**PEDRO BETANCOURT** (2nd l) was given a farewell party on his retirement as assistant executive steward at The New York Hilton. Betancourt has been with Hilton for 32 years and has participated in the opening of many Hilton properties. Honoring him were: (l to r) director of food and beverage operations Norbert Rademacher; Mrs. Betancourt; director of restaurants Manuel Garcia; beverage supervisor Victor Constantino; director of catering Thomas Hogan; banquet headwaiter Helmar Metz; and executive chef Karl Baumgartner. The special newspaper proclaimed Betancourt the "Steward of Stewards."



**SELMA WILLIS** (l), assistant executive housekeeper, and Zola Williams, linen room attendant, both with The Los Angeles Hilton, retired recently. Ms. Willis had 22 years of service and Ms. Williams had 27 years. Holger B. Gantz, general manager, offered congratulations.



**NICK KUN** (r), captain in the Beef Barron Restaurant at The Los Angeles Hilton, receives congratulations from general manager Holger Gantz upon his retirement after 23 years of service.



**KATHY BELL,** PBX operator at The Atlanta Airport Hilton, receives an engraved silver platter from Peter Breithaupt, general manager, upon her retirement after 14 years of service.



**ANN CARTER,** a working supervisor with the Housekeeping Department of The Hilton Hawaiian Village, retired recently. Ms. Carter has been with the Hilton since 1956, and was the very first working supervisor of Housekeeping at the Village. Wishing her well at a retirement ceremony were John Elford (l), general manager, and Howard Segawa, director of the Housekeeping Department.




**EXHIBIT 5**