**Hootkins, Emily**

| | |
|---|---|
| From: | DiCarlo, Pat |
| Sent: | Tuesday, July 14, 2015 5:35 PM |
| To: | Mary Nell Billings (Mary.Nell.Billings@hilton.com); Marcia Buie; Jonathan Scofield |
| Cc: | Schendt, Tom; Hootkins, Emily; Frank Connolly (Frank.Connolly@hilton.com) |
| Subject: | FW: Hilton Appeals Committee Meeting |

Attached please find:

1..    REDACTED

2.    Tracking spreadsheet for 79 Union Appeals – we'll go over each of these in the meeting

3.    Tracking spreadsheet for 50 Union Appeals – we'll go over each of these in the meeting

4.    REDACTED

5.    Guide to status codes from Renny

6.    Actual Hours Memo (we sent this to subcommittee members for June meeting)

7.    List of key vesting rules (we sent this to subcommittee members for June meeting)

Items 4 through 6 are provided for background purposes.  REDACTED
            For the union appeals, we will have all documents in notebooks to go through during the meeting.

      

1

**EXHIBIT 6**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0001261

Non-Union Service

- If available, use hours records to determine vesting credit

- If hours records are not available, divide earnings by federal minimum wage for that year to create hours records to determine vesting credit

    o Conditional approval letter will <u>not</u> be given for these claimants

- If neither hours records nor earnings are available, use ERISA equivalencies of 190 hours/month for service after 1976 and elapsed time for service pre-1976 to determine vesting credit

    o Conditional approval letter <u>will</u> be given for claimants using ERISA equivalencies, if use of the ERISA equivalencies is dispositive to vesting status

    o Conditional approval letter will <u>not</u> be given for claimants using elapsed time for service pre-1976

Union Service

- Use the most favorable of hours records, ERISA equivalencies of 190 hours/month, elapsed time or divide earnings by federal minimum wage for that year to determine vesting credit

- Include union service for vesting credit regardless of whether it occurs before or after non-union service

General Rules

- If claimant identified additional period of employment on claim form, but has not provided any further support for this period of employment, vesting credit will not be given for that period. For these claimants, we will provide a specialized statement in the denial letter that they may be entitled to the use of equivalencies if they can provide evidence of actual employment during the new period claimed.

- Vesting credit is given based on the 870 (hourly) and 750 (salaried) hours standards per year

- Service at non-participating properties does not count for vesting purposes

- Part-time employees are treated the same as full-time employees (e.g., equivalencies)

- If "500" is used as a placeholder for hours records in any given year, apply ERISA equivalencies of 190 hours/month for that year

    o Conditional approval letter <u>will</u> be given for claimants using ERISA equivalencies to replace "500" hours placeholder, if use of the ERISA equivalencies is dispositive to vesting status