## Hilton Hotels Retirement Plan



## GCG Vested Retirement Benefits Claim

| Name: | Rolando Alonso |
|---|---|
| SSN: | ▮▮▮▮▮▮▮▮ |
| Address: | Attn:<br>Family of Rolando Alonso<br>▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮ |
| Date Claim Received: | 12/5/2014 |

| Preliminary Indication: | **Not Vested** |
|---|---|
| Vesting Service Requirement: | 10 Years |
| Union Service Claim: | No |

| Date Submitted for Review: | DATE |
|---|---|
| Supporting Documentation (included):<br>Alonso, Rolando - Hilton Claim Acknowledgment Ltr.pdf<br>Alonso, Rolando – Employee Profile.pdf<br>Alonso, Rolando - Claim Form.pdf | |

Commentary:

| Start Date | End Date | Hours | FLSA Code | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|---|
| 05/25/1970 | 12/31/1970 | | E | NYCSHHH | Y | Elapsed | .60215 |
| 01/01/1971 | 12/31/1971 | | E | NYCSHHH | Y | Elapsed | 1 |
| 01/01/1972 | 12/31/1972 | | E | NYCSHHH | Y | Elapsed | 1 |
| 01/01/1973 | 12/31/1973 | | E | NYCSHHH | Y | Elapsed | 1 |
| 01/01/1974 | 12/31/1974 | | E | NYCSHHH | Y | Elapsed | 1 |
| 01/01/1975 | 12/31/1975 | | E | NYCSHHH | Y | Elapsed | 1 |
| 01/01/1976 | 12/31/1976 | 2280 | E | NYCSHHH | Y | ERISA | 1 |
| 01/01/1977 | 12/31/1977 | 2280 | E | NYCSHHH | Y | ERISA | 1 |
| 01/01/1978 | 12/31/1978 | 1715 | E | NYCSHHH | Y | Actual | 1 |
| 01/01/1979 | 05/16/1979 | 2080 | E | NYCSHHH | Y | Actual | 1 |
| 05/17/1979 | 12/31/1979 | | | NYCSHHH | N | | |
| | | | | | | **Total Vesting Service** | **9.60215** |

Additional Notes:
- Actual Service History provided beginning in 1978
- Note that property became non-participating in May 1979. Provided a year to claimant but still does not provide 10 years of vesting service.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0011352

# Hilton Hotels Retirement Plan

# GCG Vested Retirement Benefits Claim

| Name: | Jean Barca |
|---|---|
| SSN: | |
| Address: | |
| Date Claim Received: | 12/5/2014 |

| Preliminary Indication: | **Not Vested** |
|---|---|
| Vesting Service Requirement: | 10 Years |
| Union Service Claim: | No |

| Date Submitted for Review: | DATE |
|---|---|
| Supporting Documentation (included): Barca, Jean - Claim Form.pdf Barca, Jean - Vesting Claim Analysis.pdf Barca, Jean-Employee Profile.pdf | |

Commentary:
Supported Service History is:

| Start Date | End Date | Hours | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|
| 03/13/1967 | 12/31/1975 | | NYCNHHH | Y | | 8.80108 |
| 01/01/1976 | 12/31/1976 | 2,280.00 | NYCNHHH | Y | ERISA | 1 |
| 01/01/1977 | 03/25/1977 | 455.00 | NYCNHHH | Y | Actual | 0 |
| | | | | | **Total Vesting Service** | **9.80108** |

Additional Notes:
• Service prior to 01/01/1976 is calculated based on Elapsed time.
• Service from 01/01/1976 through 12/31/1976 is based on ERISA Equivalency (190 hours for each month with at least one day worked).
• Employee became a participant on 01/22/1974 (age 25).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0011754

# Hilton Hotels Retirement Plan

# GCG Vested Retirement Benefits Claim

| | |
|---|---|
| Name: | Nancy McLean |
| Address: | |
| Date Claim Received: | 12/5/2014 |

| | |
|---|---|
| Preliminary Indication: | **Not Vested** |
| Vesting Service Requirement: | 10 Years |
| Union Service Claim: | No |

| | |
|---|---|
| Date Submitted for Review: | DATE |
| Supporting Documentation (included):<br><br>McLean, Nancy M - Claim Form.pdf<br>McLean, Nancy M - Hilton Claim Acknowledgment Ltr.pdf<br>McLean, Nancy M-Employee Profile.pdf | |

Commentary:

| Start Date | End Date | Hours | FLSA Code | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|---|
| 06/22/1973 | 12/31/1975 | | E | LAXLHHH | Y | Elapse | 2.525 |
| 01/01/1976 | 12/31/1976 | 2,280.00 | E | LAXLHHH | Y | ERISA | 1 |
| 01/01/1977 | 12/31/1977 | 2,104.00 | E | LAXLHHH | Y | Actual | 1 |
| 01/01/1978 | 12/31/1978 | 2,034.50 | E | LAXLHHH | Y | Actual | 1 |
| 01/01/1979 | 12/31/1979 | 1,932.50 | E | LAXLHHH | Y | Actual | 1 |
| 01/01/1980 | 12/31/1980 | 2,019.00 | E | LAXLHHH | Y | Actual | 1 |
| 01/01/1981 | 12/31/1981 | 2,088.00 | E | LAXLHHH | Y | Actual | 1 |
| 01/01/1982 | 12/31/1982 | 2,279.00 | E | LAXLHHH | Y | Actual | 1 |
| | | | | | | **Total Vesting Service** | 9.525 |

Additional Notes:
- Historic data files contain entire Service History.
- Service prior to 1/1/1976 is calculated on an elapsed time basis.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0015028

# Hilton Hotels Retirement Plan

# GCG Vested Retirement Benefits Claim

| Name: | Ray Medrano |
| --- | --- |
|  | ■■■■■ |
| Address: | ■■■■■■■■ |
|  | ■■■■■■ |
| Date Claim Received: | 12/5/2014 |

| Preliminary Indication: | **Not Vested** |
| --- | --- |
| Vesting Service Requirement: | 10 Years |
| Union Service Claim: | No |

| Date Submitted for Review: | DATE |
| --- | --- |
| Supporting Documentation (included):<br>Medrano, Ray M - Claim Form.pdf<br>Medrano, Ray M - Hilton Claim Acknowledgment Ltr.pdf<br>Medrano, Ray M-Employee Profile.pdf | |

Commentary:

| Start Date | End Date | Hours | FLSA Code | Property Code | Participating Property | Hours Type | Vesting Service |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/15/1968 | 03/14/1971 | N/A | H | LASLHCC | N | N/A | 0.00 |
| 03/15/1971 | 12/31/1975 | N/A | H | LASLHCC | Y | Elapse | 4.79570 |
| 01/01/1976 | 12/31/1976 | 2,280.00 | H | LASLHCC | Y | ERISA | 1.00 |
| 01/01/1977 | 12/31/1977 | 2,079.00 | H | LASLHCC | Y | Actual | 1.00 |
| 01/01/1978 | 12/31/1978 | 2,086.00 | H | LASLHCC | Y | Actual | 1.00 |
| 01/01/1979 | 12/02/1979 | 2,031.00 | H | LASLHCC | Y | Actual | 1.00 |
| | | | | | | **Total Vesting Service** | **8.79570** |

Additional Notes:
- Location began participating on 3-15-1971

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0015051