

EXHIBIT 9

## Hilton Hotels Retirement Plan

## GCG Vested Retirement Benefits Claim

| Name: | Bertrand M Suarez Jr |
|---|---|
| SSN: | |
| Address: | |
| Date Claim Received: | 12/5/2014 |

| Preliminary Indication: | **Not Vested** |
|---|---|
| Vesting Service Requirement: | 5 Years |
| Union Service Claim: | No |

| Date Submitted for Review: | July 30, 2015 |
|---|---|
| Supporting Documentation (included): Suarez, Bertrand M Jr - Hilton Claim Acknowledgment.doc  Suarez, Bertrand M Jr – Employee Profile.pdf  Suarez, Bertrand M Jr – Claim Form. pdf | |

Commentary:

| Start Date | End Date | Hours | FLSA Code | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|---|
| 01/01/1988 | 12/31/1988 | | H | MSYQNOB | N | Actual | 0 |
| 01/01/1989 | 12/31/1989 | | H | MSYQNOB | N | Actual | 0 |
| 01/01/1990 | 12/31/1990 | | H | MSYQNOB | N | Actual | 0 |
| 01/01/1991 | 12/31/1991 | | H | MSYQNOB | N | Actual | 0 |
| 01/01/1992 | 12/31/1992 | | H | MSYQNOB | N | Actual | 0 |
| 01/01/1993 | 11/03/1993 | | H | MSYQNOB | N | Actual | 0 |
| 11/04/1993 | 12/31/1993 | 380 | | | Y | ERISA | |
| 01/01/1994 | 12/31/1994 | 1876 | H | MSYQNOB | N | Actual | 1 |
| 01/01/1995 | 05/04/1995 | 925 | H | MSYQNOB | N | Actual | 1 |
| | | | | | | **Total Vesting Service** | **2** |

Additional Notes:
- Actual Service History provided.
- Property not participating until 11/04/1993.

D 002259

# REVISED RECOMMENDATION BY ALSTON & BIRD ON 9/27/15

## Hilton Hotels Retirement Plan

## GCG Vested Retirement Benefits Claim

| Name: | Ronald J Borkowski |
|---|---|
| SSN: | |
| Address: | ATTN: Ronald Joseph Borkowski Jr |
| | |
| | 04/24/2015 |

| **REVISED** Preliminary Indication: | **Not Vested** |
|---|---|
| Vesting Service Requirement: | 10 Years |
| Union Service Claim: | No |

| Date Submitted for Review: | December 2, 2015 |
|---|---|
| Supporting Documentation (included): | |
| Borkowski, Ronald J - Claim Form.pdf | |
| Borkowski, Ronald J - Employee Profile.pdf | |
| Borkowski, Ronald J - Hilton Claim Acknowledgment Ltr.pdf | |

Commentary:

| Start Date | End Date | Hours | FLSA Code | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|---|
| 12/30/1975 | 12/31/1975 | | | ATLAHHH | N | | 0 |
| 01/01/1976 | 08/31/1976 | | | ATLAHHH | N | | 0 |
| 09/01/1976 | 12/31/1976 | 200.00 | E | ATLAHHH | N | Actual | |
| 01/01/1977 | 12/31/1977 | 1000.00 | E | ATLAHHH | N | Actual | 0 |
| 01/01/1978 | 02/15/1978 | 200.00 | E | ATLAHHH | N | Actual | 0 |
| 02/16/1978 | 12/31/1978 | 1576.00 | E | CHIPHHH | Y | Actual | 1 |
| 01/01/1979 | 10/16/1979 | 1605.00 | E | CHIPHHH | Y | Actual | 1 |
| | | | | | | | |
| 02/29/1980 | 12/31/1980 | 1248.00 | E | CVGNHHH | Y | Actual | 1 |
| 01/01/1981 | 12/01/1981 | 2120.00 | E | CVGNHHH | Y | Actual | 1 |
| 12/02/1981 | 12/31/1981 | 20.00 | E | MIAFHHH | Y | Actual | |
| 01/01/1982 | 12/31/1982 | 1880.00 | H | MIAFHHH | Y | Actual | 1 |
| 01/01/1983 | 12/31/1983 | 2080.00 | E | MIAFHHH | Y | Actual | 1 |
| 01/01/1984 | 12/31/1984 | 2120.00 | E | MIAFHHH | Y | Actual | 1 |
| 01/01/1985 | 08/16/1985 | 1358.00 | E | MIAFHHH | Y | Actual | 1 |
| | | | | | | **Total Vesting Service** | **8** |

HH 000032

December 2, 2015

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0010661

Additional Notes:
- The Employee Profile does not provide hours/property history prior to 09/01/1976. So, for purposes of this analysis, it is assumed that the claimant was employed by ATLAHHH from 12/30/1975 through 02/15/1978.
- According to Hilton Hotel property documentation available, ATLAHHH is not a participating property. However, the Participation Code provided on the Employee Profile from 09/01/1976 through 02/15/1978 while employed at ATLAHHH is X meaning "Vesting –Non-Part Status" which would indicate that period of service is to be included in Vesting Service. ~~Research is needed regarding the participating status of this property.~~
- The beneficiary indicated on the Claim Form indicated the Mr. Borkowski died on 08/24/1976. However, the employment history provided on the Claim Form as well as on the Employee Profile includes employment history after the date of death. For purposes of this analysis, it is assumed that Mr. Borkowski's death occurred after 08/16/1985, the last termination date on the employment history.

**A&B Notes:**
- **Atlanta Hilton never participated in the plan, so indication is not vested.**

HH 000033
December 2, 2015

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0010662

# REVISED RECOMMENDATION BY ALSTON & BIRD ON 4/29/15

## Hilton Hotels Retirement Plan

## GCG Vested Retirement Benefits Claim

| | |
|---|---|
| Name: | Albert R Andersen |
| SSN: | ▮ |
| Address: | ▮ |
| Date Claim Received: | 12/05/2014 |

| | |
|---|---|
| Preliminary Indication: | **Not Vested** |
| Vesting Service Requirement: | 10 Years |
| Union Service Claim: | Yes – Non-Vested |

| | |
|---|---|
| Date Submitted for Review: | DATE |
| Supporting Documentation (included):<br>Andersen, Albert R - Claim Form.pdf<br>Andersen, Albert R - Employee Profile.pdf<br>Andersen, Albert R - Vesting Claim Analysis.pdf<br>Andersen, Albert R - SS Earnings Release.pdf | |

Commentary:
Vesting Service accrual history is below:

| Start Date | End Date | Hours | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|
| 12/30/1968 | 03/14/1971 | N/A | LASLHCC | ~~Y~~ N | | 0 |
| 03/15/1971 | 12/31/1975 | N/A | LASLHCC | Y | | 4.79570 |
| 01/01/1976 | 12/31/1976 | 2,280.00 | LASLHCC | Y | ERISA | 1 |
| 01/01/1977 | 12/31/1977 | 2,216.00 | LASLHCC | Y | Actual | 1 |
| 01/01/1978 | 12/31/1978 | 2,467.00 | LASLHCC | Y | Actual | 1 |
| 01/01/1979 | 12/29/1979 | 2,314.00 | LASLHCC | Y | Actual | 1 |
| 01/01/1980 | 12/31/1980 | 292.00 | LASLHCC | Y | Actual | 0 |
| | | | | | **Total Vesting Service** | **8.79570** |

Additional Notes:
• Service prior to 01/01/1976 was accrued on an elapsed time basis
• LASLHCC became a participating property effective 03/15/1971, service before this date is not considered when determining Vesting Service.

**A&B Notes:**
Corrected chart to show that LASLHCC was a non-participating property prior to 3/15/1971.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0011394

# Hilton Hotels Retirement Plan

# GCG Vested Retirement Benefits Claim

| Name: | Joseph Prokopof |
|---|---|
| SSN: | |
| Address: | ATTN: Alice Ray |
| Date Claim Received: | 12/5/2014 |

| Preliminary Indication: | **Not Vested - Subject to Hours Review** |
|---|---|
| Vesting Service Requirement: | 5 Years |
| Union Service Claim: | No |

| Date Submitted for Review: | DATE |
|---|---|
| Supporting Documentation (included):<br>Prokopof, Joseph - Claim Form.pdf<br>Prokopof, Joseph - Hilton Claim Acknowledgment Ltr.pdf<br>Prokopof, Joseph-Employee Profile.pdf | |

Commentary:

| Start Date | End Date | Hours | FLSA Code | Property Code | Participating Property | Hours Type | Vesting Service |
|---|---|---|---|---|---|---|---|
| 07/14/1981 | 12/31/1981 | | | | N | | 0 |
| 01/01/1982 | 12/31/1982 | | | | N | | 0 |
| 01/01/1983 | 12/31/1983 | | | | N | | 0 |
| 01/01/1984 | 12/31/1984 | | | | N | | 0 |
| 01/01/1985 | 12/31/1985 | | | | N | | 0 |
| 01/01/1986 | 12/31/1986 | | | | N | | 0 |
| 01/01/1987 | 12/31/1987 | | | | N | | 0 |
| 01/01/1988 | 12/31/1988 | | | | N | | 0 |
| 01/01/1989 | 12/31/1989 | | | | N | | 0 |
| 01/01/1990 | 12/31/1990 | | | | N | | 0 |
| 01/01/1991 | 12/31/1991 | | | | N | | 0 |
| 01/01/1992 | 07/31/1992 | | | | N | | 1 |
| 08/01/1992 | 12/31/1992 | 1,111.00 | H | RNORHHH | Y | Actual | |
| 01/01/1993 | 12/31/1993 | 781.00 | H | RNORHHH | Y | Actual | 0 |
| 01/01/1994 | 04/01/1994 | 27.00 | H | RNORHHH | Y | Actual | 0 |
| | | | | | | **Total Vesting Service** | **1** |

Additional Notes:
- Based on Hilton Hotel Property documentation available, RNORHHH became a participating property 08/01/1992. However, the Service Date provided on the Employee Profile (07/14/1981) is prior to the date RNORHHH became a participating property.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0015722

- Based on available documentation, periods of employment prior to the property participation date is not to be considered for Vesting Service purposes. However, the Employee Profile appears to be giving Vesting Service for the employment period from 07/14/1981 through 07/31/1992 on an elapsed time basis.
- Assumed continuous employment at RNORHHH from 007/14/1981 through 004/01/1994. (per Claim Form)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0015723