# 157 Appeals - Analysis Spreadsheet

| Tab | Name | Required Years of Vesting Service | Actual Years of Vesting Service | A&B Recommendation + Notes | Additional defenses related to deceased participants and/or statute of limitations |
|---|---|---|---|---|---|
| 1 | Allen, Mary | 10 | 1 | Not vested - Atlanta Hilton was never a participating property. Thus, employee was not awarded vesting credit for service from 1/30/1978 to 8/31/1987. Further, we have actual hours records for a portion of employee's service history, and employee did not work enough hours in 1987 (while at Palacio Del Rio) to earn vesting credit for that year. | Deceased - claimant is not the surviving spouse |
| 2 | Amberson, Thomas | 10 | 10 | No benefit is payable because employee is deceased and claimant is ex-wife. | Deceased - claimant is not the surviving spouse |
| 3 | Andersen, Myron | 5 | 3 | Not vested - Reno Hilton was not a participating property prior to 8/1/1992. Thus, employee was not awarded vesting credit for service from 4/19/1990 to 7/31/1992. Further, we have actual hours records for a portion of employee's service history, and employee did not work enough hours in 1995 or 1996 to earn vesting credit for those years. | |
| 4 | Askin, Glen | 10 | 8.7957 | Not vested - L.V. Casino Ledger was not a participating property prior to 3/15/1971. Thus, employee was not awarded vesting credit for service from 7/1/1969 to 3/14/1971. For service from 3/15/1971 to 12/31/1971, employee was awarded .7957 in vesting credit under the pre-1976 elapsed time rules. | Untimely - employee was born in 1932 |
| 5 | Baker, R.A. | 10 | 6.7957 | Not vested - L.V. Casino Ledger was not a participating property prior to 3/15/1971. Thus, employee was not awarded vesting credit for service from 3/25/1968 to 3/14/1971. For service from 3/15/1971 to 12/31/1971, employee was awarded .7957 in vesting credit under the pre-1976 elapsed time rules. Employee did not work enough hours in 1978 to earn vesting credit for that year. | |

**EXHIBIT 10**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0001302

## 157 Appeals - Analysis Spreadsheet

| # | Name | | | | |
|---|---|---|---|---|---|
| 6 | Barby, Richard W | 10 | 8.7957 | Not vested - L.V. Casino Ledger (and Las Vegas Hilton) was not a participating property prior to 3/15/1971.  Thus, employee was not awarded vesting credit for service from 6/30/1969 to 3/14/1971.  For service from 3/15/1971 to 12/31/1971, employee was awarded .7957 in vesting credit under the pre-1976 elapsed time rules. | Deceased - employee died prior to age 55; commencement of surviving spouse benefit is untimely |
| 7 | Belkin, Sam | 10 | 8.7957 | Not vested - L.V. Casino Ledger (and Las Vegas Hilton) was not a participating property prior to 3/15/1971.  Thus, employee was not awarded vesting credit for service from 8/18/1967 to 3/14/1971.  For service from 3/15/1971 to 12/31/1971, employee was awarded .7957 in vesting credit under the pre-1976 elapsed time rules. | Deceased - claimant is not the surviving spouse; commencement of surviving spouse benefit is untimely; employee died after age 70.5 |
| 8 | Benedict, Charles | 10 | 8.7957 | Not vested - L.V. Casino Ledger was not a participating property prior to 3/15/1971.  Thus, employee was not awarded vesting credit for service from 1/14/1970 to 3/14/1971.  For service from 3/15/1971 to 12/31/1971, employee was awarded .7957 in vesting credit under the pre-1976 elapsed time rules. | |
| 9 | Berns, Theodore | 10 | 10+ | No benefit is payable because employee is deceased and claimant is daughter.  Further, claim is untimely because employee died in 1994 at age 82. | Deceased - claimant is not the surviving spouse; commencement of surviving spouse benefit is untimely; employee died after age 70.5 |
| 10 | Betancourt, P. | 10 | 10+ | No benefit is payable because employee is deceased and claimant is son.  Further, claim is untimely because employee died in 1985 at age 71. | Deceased - claimant is not the surviving spouse; commencement of surviving spouse benefit is untimely; employee died after age 70.5 |
| 11 | Blackburn, Shelley | 5 | 5+ | No benefit is payable because employee is deceased and claimant is daughter.  Further, employee died prior to being eligible to retire at age 49. | Deceased - claimant is not the surviving spouse; employee died prior to age 55 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 32 Appeals - Analysis Spreadsheet

| Tab | Name | Actual Years of Vesting Service | Required Years of Vesting Service | A&B Recommendation + Notes | Additional defenses related to deceased participants and/or statute of limitations |
|---|---|---|---|---|---|
| 1 | Akpan, Felix T. | 1 | 5 | Not vested - we have actual hours records for a portion of employee's service history, and employee did not work enough hours in 1988, 1991 or 1992 to earn vesting credit for those years.  Further, Atlanta Hilton was never a  participating property.  Thus, employee was not awarded vesting credit for service in 1986, 1987 or 1988. | |
| 2 | Bodreaux, Robert | 9 | 10 | Not vested - we have actual hours records for a portion of employee's service history, and employee did not work enough hours in 1986 or 1987 to earn vesting credit for those years. | Deceased - claimant is not the surviving spouse |
| 3 | Burke, Mary Ellen | 8.66667 | 10 | Not vested - Rye Town Hilton was not a participating property prior to 5/1/1973.  Thus, employee was not awarded vesting credit for service from 6/19/1972 to 4/30/1973.  For service from 5/1/1973 to 12/31/1973, employee was awarded .66667 in vesting credit under the pre-1976 elapsed time rules. | |
| 4 | Burrell, Sandra R. | 4 | 5 | Not vested - we have actual hours records for employee's entire service history, and employee did not work enough hours in 1988 and 1993 to earn vesting credit for those years. | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0001324

# 32 Appeals - Analysis Spreadsheet

| Tab | Name | Actual Years of Vesting Service | Required Years of Vesting Service | A&B Recommendation + Notes | Additional defenses related to deceased participants and/or statute of limitations |
|---|---|---|---|---|---|
| 5 | Chermak, John C. | 4 | 5 | Not vested - we have actual hours records for employee's entire service history, and employee did not work enough hours in 1985 and 1990 to earn vesting credit for those years. | |
| 6 | Ferrell, Leticia A. | 4 | 5 | Not vested - we have actual hours records for employee's entire service history, and employee did not work enough hours in 1993 to earn vesting credit for that year. | |
| 7 | Francois, Cyril B. | 3 | 5 | Not vested - we have actual hours records for employee's entire service history, and employee did not work enough hours in 1987 or 1991 to earn vesting credit for those years. | |
| 8 | Gonzalez, Juan A. | 3 | 5 | Not vested - we have actual hours records for employee's entire service history, and employee did not work enough hours in 1988 or 1989 to earn vesting credit for those years. | Deceased - claimant is not the surviving spouse |
| 9 | Harris, Alex A. | 2 | 5 | Not vested - we have actual hours records for a portion of employee's service history, and employee did not work enough hours in 1992, 1993, 1994, 1995, 1996 or 1997 to earn vesting credit for those years. Further, Atlanta Hilton was never a participating property. Thus, employee was not awarded vesting credit for service in 1989. | Deceased - claimant is not the surviving spouse |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WHITEDEFS0001325

# 32 Appeals - Analysis Spreadsheet

| Tab | Name | Actual Years of Vesting Service | Required Years of Vesting Service | A&B Recommendation + Notes | Additional defenses related to deceased participants and/or statute of limitations |
|---|---|---|---|---|---|
| 10 | Healy, Jennifer A. | 3 | 5 | Not vested - we have actual hours records for employee's entire service history, and employee did not work enough hours in 1987, 1988 or 1989 to earn vesting credit for those years. | |
| 11 | Hernandez, Jorge A. | 7.7957 | 10 | Not vested - Flamingo Casino Ledger was not a participating property prior to 3/15/1971.  Thus, employee was not awarded vesting credit for service from 6/24/1969 to 3/14/1971.  For service from 3/15/1971 to 12/31/1971, employee was awarded .7957 in vesting credit under the pre-1976 elapsed time rules.  Employee did not work enough hours in 1979 to earn vesting credit for that year. | Deceased - claimant is not the surviving spouse; employee died after age 70.5; commencement of surviving spouse benefit is untimely |
| 12 | Holmberg, Terry D. | 2 | 5 | Not vested - we have actual hours records for employee's entire service history, and employee did not work enough hours in 1981, 1982, 1986, 1988, 1990 or 1993 to earn vesting credit for those years. | Deceased - claimant is not the surviving spouse; commencement of surviving spouse benefit is untimely |
| 13 | Jefferson, Anthony W. | 4 | 5 | Not vested - we have actual hours records for employee's entire service history, and employee did not work enough hours in 1993 to earn vesting credit for that year. | |
| 14 | Johnson, Mellyn A. | 6 | 10 | Not vested - in claim form, employee states she did not work in 1994.  Thus, 10 year standard applies and employee is not vested. | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER