# EXHIBIT 12

Excerpts from 3/27/1973 Management Agreement for Atlanta Hilton (starting with WHITEDEFS18142)

Excerpts from 9/27/2001 Management Agreement for Hilton Suites Auburn Hills (starting with WHITEDEFS18251)

Excerpts from 11/26/1991 Management Agreement for Hilton Suites Tapatio Cliffs (starting with WHITEDEFS18333)

Excerpts from 7/8/1988 Management Agreement for Hilton Suites Oakbrook Terrace (starting with WHITEDEFS18520)

Excerpts from 11/26/1991 Management Agreement for Hilton Suites Squaw Peak (starting with WHITEDEFS18586)

## MANAGEMENT AGREEMENT

THIS AGREEMENT, made as of MARCH 27, 1973, by and between CROW, POPE & LAND ENTERPRISES, INC. A GEORGIA CORPORATION (the "Owner"),

having its principal offices at 1100 SPRING STREET ATLANTA, GEORGIA 30309

and HILTON HOTELS CORPORATION, a Delaware corporation ("Hilton"), having its principal offices at 720 South Michigan Avenue, Chicago, Illinois 60605;

### WITNESSETH:

WHEREAS, Owner intends to construct, furnish and equip a first-class hotel or inn on the site herein described, in accordance with the plans, specifications and designs hereinafter provided for; and

WHEREAS, Hilton, together with its affiliates, is engaged in the ownership and operation of hotels and inns throughout the United States and in the course of its business has designed, furnished and equipped numerous hotels and inns, and has experience in various phases of hotel and inn management and operation;

WHEREAS, Owner is desirous of utilizing the services and experience of Hilton in connection with the construction, furnishing, equipping and operation of the proposed hotel, and Hilton desires to render such services, all upon the terms and conditions hereinafter set forth;

NOW, THEREFORE, in consideration of the premises and of the mutual covenants herein contained, Owner and Hilton agree as follows:

WHITEDEFS0018142

Annual Plan, to another item budgeted therein, so long as the total amount of expenditures authorized thereunder shall not be exceeded. Notwithstanding the foregoing, Hilton shall be entitled to make additional expenditures not authorized under the then applicable Annual Plan, in case of emergencies arising out of fire or any other like or unlike casualty, or in order to comply with any applicable legal or insurance requirements.

4.03 **Group Services.** Hilton and its affiliates will furnish to the Hotel the benefits of those group services and facilities furnished to other Hilton hotels and inns, such as (a) group advertising and business promotion services for both individual guests and conventions, (b) central purchasing and procuring services, (c) the Hilton Reservation Service, (d) credit services and (e) all other services and facilities now or hereafter furnished as a group to other Hilton hotels and inns; all such services and facilities being herein referred to as "Group Services". With respect to credit services, Owner agrees that the Hotel's policy regarding association with any credit card system shall be in conformity with Hilton's general policy at the time in effect, and with respect to the Hilton Reservation Service, Owner shall provide, on a rent free basis, sufficient space in the vicinity of the front desk or other mutually agreeable area in the Hotel for the maintenance of a Hilton Reservation Service Office.

4.04 **Technical Assistance Services—Operating Period.** During the operating period Hilton, through its technical assistance services program, will provide, as needed, supervisory and control services to the Hotel's front office, food and beverage, personnel and other operating departments.

4.05 **Personnel.** A. Hilton will hire, promote, discharge and supervise the work of the executive staff of the Hotel (i.e., the general manager, the assistant managers, department heads and other key personnel), and will supervise through said executive staff the hiring, promotion, discharge and work of all other operating and service employees of the Hotel. Except as provided in paragraph C of this Section 4.05, all such employees shall be on Owner's payroll and Hilton shall not be liable to such employees for their compensation. Hilton will not enter into any agreement with any person

[handwritten annotation: See PAR. 12 OF ADDENDUM]

11

as Owner's employee for a period in excess of one year, or for a direct compensation in excess of $15,000 per year, without the consent of Owner.

B. Hilton will negotiate, on the Owner's behalf, with any labor union lawfully entitled to represent such employees, but any collective bargaining agreement or labor contract resulting therefrom must be approved and executed by Owner.

C. Hilton may assign employees of Hilton and its affiliates as members of the executive staff of the Hotel. During the period of such assignment, such employees will be paid their regular compensation (without regard to the limitations of the last sentence of paragraph A of this Section 4.05 in cases of temporary assignments for specific purposes, i.e., the reorganization of the front office), such compensation to be paid directly by Owner, or Hilton, at its option, may pay all or a part of such compensation, in which case it will be reimbursed by Owner therefore, as provided in Section 4.07.

D. If Hilton deems it advisable, the general manager and the housekeeper will reside at the Hotel, in which case, in addition to their salaries, they will receive the normal maintenance customarily provided to such employees of a Hilton hotel or inn, i.e., room, board, laundry and valet. The general manager shall also be reimbursed for all reasonable business expenses, including business entertainment and travel expenses. The rooms in the Hotel to be occupied by the general manager and housekeeper shall be subject to the approval of both Hilton and Owner.

E. If, in the reasonable opinion of Hilton, it is desirable at any time during the term of this Agreement to provide for the benefit of the employees of the Hotel pension, profit sharing or other employee retirement, disability, health and welfare or other benefit plans similar to those now or hereafter applicable to employees of other Hilton hotels and inns, Owner shall either (i) elect to adopt, and pay its allocable share for, such Hilton plan or plans as an employer, provided the provisions of such plan or plans permit such action, or (ii) establish a similar independent plan or plans providing comparable benefits for the employees of the Hotel.

12

WHITEDEFS0018153

## MANAGEMENT AGREEMENT TERM SHEET

The following are the fundamental business terms on which this Agreement is based. References to these terms in the other sections and articles of this Agreement shall be deemed to incorporate the specific provisions set forth below with respect to such terms. This Management Agreement Term Sheet is sometimes referred to in this Agreement as the "Term Sheet."

**Effective Date:**  As of September 27, 2001.

**Commencement Date:**  For purposes of this Agreement, the Commencement Date shall be the Effective Date.

**Owner:**  AH Tenant Corporation, a Delaware corporation, having its principal office at CNL Center at City Commons, 450 South Orange Avenue, Orlando, FL 32801.

**Owner's notice address:**
AH Tenant Corporation
CNL Center at City Commons
450 South Orange Avenue
Orlando, FL 32801
Attn:  Vice President
       Portfolio Management
Fax: 407-650-1085

**with a copy to:**
CNL Hospitality Corp.
CNL Center at City Commons
450 South Orange Avenue
Orlando, FL 32801
Attn:  Vice-President
       Portfolio Management
Fax: 407-650-1085

**with a copy to:**
Lowndes, Drosdick, Doster,
Kantor & Reed, P.A.
215 North Eola Drive
Orlando, Florida 32801
Attn: William Dymond, Esq.
Fax: (407) 843-4444

**Manager:**  Hilton Suites, Inc., a Delaware corporation, having its principal office at 9336 Civic Center Drive, Beverly Hills, California 90210.

| | | | |
|---|---|---|---|
| Manager's notice address: | Hilton Suites, Inc.<br>9336 Civic Center Drive<br>Beverly Hills, California 90210<br>Attn: General Counsel<br>Fax: 310-205-8611 | with a copy to: | AH Tenant Corporation<br>2300 Featherstone Road<br>Auburn Hills, Michigan 48326-2844<br>Attn: General Manager<br>Fax: (248) 322-2321 |
| | | with a copy to: | Greenberg Traurig, P.A.<br>111 N. Orange Avenue<br>Orlando, Florida 32801<br>Attn: Michael J. Sullivan, Esq.<br>for Manager<br>Fax: (407) 420-5909 |

**Hotel:** The Land, together with the Improvements, operated as the Hilton Suites Auburn Hills, a first-class, full-service 224 room hotel.

**Initial Term:** The period commencing on the Commencement Date and expiring at 11:59 p.m. of December 31 of the tenth (10th) Full Operating Year following the Commencement Date.

**Extension Terms:** Four (4) periods of Ten (10) years each, exercisable as provided in Section 2.02.

**Management Fee:** Fixed Management Fee portion of the Management Fee: Three percent (3%) of the Gross Revenues from the operation of the Hotel during the Operating Term, as more particularly described in the Management Fee Rider.

Incentive Management Fee portion of the Management Fee: For each Operating Year during the Operating Term, the sum of 20% of the Operating Cash Flow from the operation of the Hotel, as more particularly described in the Management Fee Rider.

**Contribution to Capital Renewals Reserve:** Five percent (5%) of Gross Revenues, in accordance with Subsection 4.02.5 of this Agreement

**Competitive Set:** As listed and depicted on Exhibit A-1, which shall include the Hotel.

As a part of the budgetary process described in Section 4.02, Owner and Manager shall review the Competitive Set from time to time, upon the written request of either Manager or Owner, and in good faith mutually agree upon any additions to or deletions from the Competitive Set and, if necessary, adjust the Base Yield Index to reflect any additions to or deletions from the Competitive Set.

WHITEDEFS0018252

in all promotional and marketing programs of Manager and its Affiliates targeting the markets served by the Hotel for so long as they are continued. The cost of the development and implementation of the Hotel's marketing program shall be a Hotel operating expense and the estimated costs for each Operating Year will be included in the Forecast for such Operating Year.

(e)  The Hotel shall utilize all automation systems necessary to enable the Hotel to function in a manner consistent with the Operating Manual and at a first-class standard comparable to the majority of the Other Managed Hotels.

4.04  Major Capital Improvements.

4.04.1  Major Capital Improvements. Major Capital Improvements will be undertaken only at the request of Owner, whether on its own initiative or at the suggestion of Manager, and in any event shall be subject to the reasonable approval of Manager, and shall not be included in the Capital Renewals Budgets.

4.04.2  Development. As in the case of the initial development of the Hotel, the development of any Major Capital Improvement shall be the responsibility of the Owner and shall be paid for out of separate funds of Owner and not out of Hotel Accounts and shall be subject to the prior written approval of Owner.

4.04.3  Effect on Owner's Total Investment. The amount of Owner's Total Investment in the Hotel shall be increased to the extent any expenditures made by Owner for Capital Renewals or Major Capital Improvements to the Hotel are in excess of amounts properly allocated to the Capital Renewals Reserve in accordance herewith.

4.05  Personnel.

4.05.1  General. Manager shall recruit, hire, discharge, promote, train and supervise the Executive Staff of the Hotel, and shall be responsible through said Executive Staff for the recruitment, hiring, discharging, promotion, training and work of all other operating and service employees of the Hotel. All members of the Executive Staff of the Hotel shall be properly qualified for their positions, and the direct compensation payable to such persons shall be competitive with the direct compensation paid to the members of the Executive Staff of other comparable first-class hotels, taking into account the location and size of the Hotel. Notwithstanding anything contained in the foregoing to the contrary, Owner shall have the right to approve the selection of any individual as the general manager of the Hotel; provided that Owner shall be deemed to have approved the appointment of any such individual unless Owner delivers notice of its disapproval of such appointment within ten (10) days after Manager's delivery to Owner of (a) a written summary of such individual's professional experience and qualifications and (b) notice of Manager's desire to arrange an interview between Owner and such individual at the Hotel or at another mutually acceptable location (it being agreed that Owner will forego its right to interview any such individual if Owner is unwilling or unable to have an authorized representative participate in the interview within ten (10) days following Manager's notice to Owner of Manager's desire to arrange such an interview). Moreover, Owner acknowledges that it may not reject more than three (3) candidates proposed by Manager for the position of general manager each time the position is being filled. Any decision to retain a Resident Manager, Assistant General Manager or a Director Of Rooms or Front Office Operation as a part of the Executive Staff, is subject to the discretion of Manager, based upon the size, brand and specific requirements of the Hotel. Manager shall reasonably consult with Owner regarding the hiring of other members of the Executive Staff; provided, however, that in no event shall

14

Owner be deemed to have a right of approval over the hiring of the Executive Staff, except as specifically provided in this Section 4.05.1.

4.05.2 Manager as Employer. All employees of the Hotel shall be employees of Manager, and all Compensation of such employees shall be paid by Manager, and the amount of such payments shall immediately be reimbursed to Manager by Owner in accordance with Section 4.07 hereof. Accordingly, Manager shall establish appropriate payroll accounts covering all such employees of the Hotel. Arrangements shall be made such that Manager can draw on the Hotel Accounts to transfer funds to such payroll accounts immediately upon its payment of such Compensation.

4.05.3 Labor Relations. Manager shall negotiate for the best interest of Owner with any labor unions representing employees of the Hotel, but any collective bargaining agreement or labor contract resulting therefrom will be executed by Manager as the employer. In addition, it is understood that, with respect to labor negotiations not involving multi-employer bargaining arrangements applicable to the Hotel and other hotel properties not owned or managed by Manager, Manager shall consult with Owner in advance of, and, to the extent practicable, during the course of, negotiations with any labor union; provided, however, that in no event shall Owner be deemed a co-employer of any Hotel employees. Except as specifically provided in Section 8.09, Manager agrees to perform all obligations under any such collective bargaining agreement or union contract and indemnify, save and hold Owner harmless with respect to the same.

4.05.4 Manager Personnel. Subject to Owner's approval rights under Section 4.05.1, if Manager shall reasonably deem it advisable, it shall assign the General Manager, the Director of Finance, and other members of the Executive Staff of the Hotel from the employees of Manager and its Affiliates or from the staff of Other Managed Hotels.

4.05.5 Business Expenses. The Executive Staff and other appropriate employees of the Hotel shall also be reimbursed for all reasonable business expenses, including business entertainment and travel expenses, in accordance with the standard practices in effect at Other Managed Hotels.

4.05.6 Benefit Plans. etc. Manager shall have the right to provide to the employees of the Hotel who are eligible therefor and who are not covered by collective bargaining or similar arrangements, with benefits of the incentive plans, and the pension, profit sharing or other employee retirement, disability, health or welfare or other benefit plan or plans now or hereafter applicable to employees of Other Managed Hotels, and to charge the Hotel with the Hotel's pro rata share of the costs and expenses of such plan or plans allocated to the Hotel on the same basis as allocated to participating Other Managed Hotels. The parties agree and acknowledge that Manager may (but shall not be required to) provide benefits and allow participation in such plans on whatever modified basis as it may determine appropriate under the circumstances, and may waive any waiting period or any preconditions to coverage or participation otherwise applicable to such employees. No statement, promise, representation or warranty regarding the terms of such plans or the participation or coverage of employees shall be enforceable, binding or effective in any way unless made in writing and signed by an authorized representative of Manager. Notwithstanding the foregoing, in no event shall Manager initiate or adopt any plans, programs or benefits for Hotel employees not otherwise in effect at Other Managed Hotels unless required by applicable collective bargaining agreements.

4.05.7 Corporate Personnel. Corporate Personnel who travel to the Hotel to perform technical assistance or other services with respect to the Hotel shall be permitted, without charge,

15

WHITEDEFS0018268

## MANAGEMENT AGREEMENT

THIS AGREEMENT, made as of November 26, 1991, by and between MONY/PTC PROPERTIES, an Arizona joint venture (the "Owner"), having its principal offices at 2728 N. 24th Street, Phoenix, Arizona 85008 and HILTON HOTELS CORPORATION, a Delaware corporation ("Hilton"), having its principal offices at 9336 Civic Center Drive, Beverly Hills, California 90209.

### PRELIMINARY STATEMENT

A. Owner owns a first class resort hotel on the land herein described, comprising a destination resort hotel known as "The Pointe at Tapatio Cliffs".

B. Hilton, together with its affiliates, is engaged in the ownership and operation of hotels and inns throughout the United States and is experienced in the various phases of hotel and inn development and operations.

C. Owner is desirous of utilizing the services and experience of Hilton in connection with the operation of the hotel, and Hilton desires to render such services, all upon the terms and conditions hereinafter set forth.

NOW, THEREFORE, Owner and Hilton agree as follows:

### ARTICLE I

### DEFINITIONS

1.01 <u>Definitions</u>.  As used herein, the following terms shall have the respective meanings indicated below:

<u>Adjusted Deficit</u> - Deficit as defined in the Management Fee Rider except in lieu of using item (e) of Paragraph C of such Fee Rider, (i.e. $5,800,000) in the determination thereof, the actual total debt service installments of principal and interest for such Operating Year (excluding any balloon or prepayments) shall be used in substitution thereof.

<u>Adjusted Income Before Management Fees and Fixed Charges</u> - as defined in the Management Fee Rider.

<u>Affiliates</u> - with respect to any entity, any natural person or firm, corporation, partnership, association, trust or other entity which, directly or indirectly, controls, is controlled by, or is under common control with, the subject entity; a natural person or entity which has an entity as an Affiliate under the foregoing shall also be deemed to be an Affiliate of such entity.

ARR04C07

Hilton hereby represents and warrants that all Other Hilton Hotels are being furnished, and during the entire term of this Agreement shall continue to be furnished, all of the Group Services, irrespective of size, market served and profitability of the hotel in question to be furnished to the Hotel under this Section. Hilton further represents and warrants that the pro rata share of the costs and expenses to the Hotel for and on account of Group Services pursuant to Section 4.07(a) is, except for the Washington Hilton, Ryetown Hilton, New York Hilton, the Reno Hilton, and the Garden Hilton Inn, Valencia, CA allocated and charged, and during the entire term of this Agreement shall be allocated to the Hotel on the same basis as the pro rata share of any Other Hilton Hotel, irrespective of whether Hilton has an equity interest in such Other Hilton Hotel. Annexed hereto as Exhibit IV is a listing of the various major Group Services currently provided by Hilton, a description of the services offered under each and the basis upon which as of the date of this Agreement the costs and expenses for each are allocated to Other Hilton Hotels. Subject to Section 4.07(a), Hilton reserves the right, at its option, to change the basis upon which the costs and expenses of any of the Group Services are allocated to Hilton Hotels.

4.04 **Technical Assistance Services**. During the Operating Period, Hilton, through its Technical Assistance Services program, will provide, as needed, supervisory and control services to the Hotel's front office, food, personnel and other operating departments. The Technical Assistance Services will be provided without charge to Owner, other than for reimbursable items stipulated in Section 4.07.

4.05    **Personnel**.

4.05.1 **General**. Hilton shall hire, discharge, promote and supervise the Executive Staff of the Hotel, and shall supervise through said Executive Staff the hiring, discharging, promotion and work of all other operating and service employees of the Hotel. All members of the Executive Staff of the Hotel shall be properly qualified for their positions, and the direct compensation payable to such persons shall be comparable to the direct compensation paid to the members of the Executive Staff of other comparable first-class resort hotels, taking into account the location and size of the Hotel, it being understood that the Hotel will at no time be placed at a competitive disadvantage with respect to the hiring and maintaining of its Executive Staff.

4.05.2 **General Manager**. The General Manager shall at all times be properly experienced in destination resort operations or at an urban hotel with available recreational facilities or leisure activities thereat or nearby so that such person is fully qualified to supervise the operation of the Hotel in accordance with this Agreement. It is understood that Owner is vitally interested in the qualifications and performance of the person designated as General Manager. Accordingly, Hilton shall consult with Owner prior to making any appointment of a General Manager.

15

WHITEDEFS0018347

If after any such appointment, Owner becomes dissatisfied with the performance of any General Manager, Owner shall have the right to confer with Hilton, in an attempt to resolve any problems. Hilton shall reasonably consider such views of Owner, including consideration of replacing such individual; it being understood, however, that the final decision as to the appointment and continued employment of the General Manager shall be made solely by Hilton.

4.05.3 <u>Hilton as Employer</u>. For the period from the Commencement Date through December 31, 1991, as provided by separate agreement concurrently entered into herewith between Owner, Hilton, and Pointe Resorts, all employees of the Hotel shall be employees of Pointe Resorts and shall be subject to the provisions of this Agreement. All Compensation of such employees shall be paid by Hilton from the Hotel Accounts. Thereafter, all employees of the Hotel shall be employees of Hilton or a wholly owned Affiliate of Hilton, and all Compensation of such employees shall be paid by Hilton or Hilton shall cause such Affiliate to make such payments, and the amount of payments shall be reimbursed to Hilton by Owner in accordance with Section 4.07. Accordingly, Hilton shall establish appropriate payroll accounts covering all such employees of the Hotel. Arrangements will be made so that Hilton can draw on the Hotel Accounts to transfer funds to such payroll accounts upon its payment of such Compensation. Notwithstanding the foregoing, the employees shall become the employees of Owner upon at least 30 days prior written notice of Owner to Hilton, to coincide with a regular payroll date, and all Compensation for such employees shall thereupon be paid by Hilton from the Hotel Accounts.

4.05.4 <u>Labor Relations</u>. Hilton shall negotiate for the best interest of Owner with any labor unions representing employees of the Hotel, and any collective bargaining agreement or labor contract resulting therefrom will be executed by Hilton as the employer. In addition, it is understood that Hilton shall consult with Owner and give due consideration to the views of Owner in advance of, and, to the extent practicable, during the course of, negotiations with any labor union as to the terms of the collective bargaining agreement or labor contract being negotiated. When Hotel employees are included in or covered by any pension and/or retirement, disability, health, welfare or other benefit plans pursuant to a collective bargaining agreement or labor contract, Owner shall be solely responsible for any plan contributions and/or other obligations or liabilities arising thereunder, and Hilton shall pay such items out of the Hotel Accounts on behalf of Owner.

4.05.5 <u>Hilton Personnel</u>. If Hilton shall reasonably deem it advisable, it shall assign the General Manager, the Comptroller

WHITEDEFS0018348

and other members of the Executive Staff of the Hotel from the employees of Hilton and its Affiliates, or from the staff of Other Hilton Hotels. All such employees will be paid their regular Compensation, such Compensation to be paid by Hilton, in which case Hilton will be reimbursed by Owner therefor as provided in Section 4.07.

4.05.6 <u>Residing-Staff Members; Business Expenses</u>. If Hilton shall reasonably deem it to be advisable, the General Manager or the Resident Manager will reside at the Hotel, in which case they will receive the normal maintenance customarily provided to such employees at Other Hilton Hotels, i.e., room, board, laundry and valet. The space to be occupied by the general manager or the resident manager shall be subject to the approval of Owner, it being understood that such space, including the furnishing thereof, will be comparable to that occupied by the counterparts of such staff members in other comparable hotels. The Executive Staff and other appropriate employees of the Hotel shall also be reimbursed for all reasonable business expenses, including business entertainment and travel expenses, incurred on behalf of the Hotel, in accordance with the standard practices in effect at Other Hilton Hotels.

4.05.7 <u>Pension Plans, etc.</u> Hilton shall have the right to provide the employees of the Hotel, who are eligible therefor and who are not covered by collective bargaining or similar arrangements, with benefits of the incentive plans, and the pension, profit sharing or other employee retirement, disability, health or welfare or other benefit plan or plans now or hereafter applicable to employees of Other Hilton Hotels, and to charge the Hotel with its pro rata share of the costs and expenses of such Hilton plan or plans allocated on the same basis as allocated to participating Other Hilton Hotels. In no event shall the Hotel be charged directly or indirectly for any liability or cost incurred by Hilton with regard to any Hilton benefit plan provided to the employees of the Hotel which is attributable to a failure by any Other Hilton Hotel to pay any cost or liability allocable or chargeable to such Other Hilton Hotel. Annexed hereto as Exhibit V is a listing of all major Hilton employee benefit plans as of the date of this Agreement for Other Hilton Hotels.

4.05.8    <u>Former Pointe Resorts Employees</u>. Hilton shall give employees of Pointe Resorts continuing as employees of the Hotel, to the extent permissible by law and by any applicable Hilton benefit plan, credit for prior service as employees at the Hotel of Pointe Resorts, except no prior service credit shall be given for the Hilton Pension and Thrift Plans.

4.06 <u>Additional Responsibilities of Hilton</u>. Subject to

17

# EXHIBIT 3 TO JOINT VENTURE AGREEMENT
# **MANAGEMENT AGREEMENT**

THIS AGREEMENT, made as of _July 8_, 1988, by and between OAKBROOK HILTON SUITES JOINT VENTURE (hereinafter the "Owner"), having its initial principal offices at 2050 Chennault Drive, Carrollton, Texas 75006 and HILTON SUITES, INC., a Delaware corporation ("Manager"), having its principal offices at 2050 Chennault Drive, Carrollton, Texas 75006.

## **PRELIMINARY STATEMENT**

A. Owner proposes to construct, furnish and equip a first class all-suite hotel on the land herein described, in accordance with plans, specifications and designs approved by Manager.

B. Manager, together with its affiliates, is engaged in the ownership and operation of hotels throughout the United States and is experienced in the various phases of hotel development and operations.

C. Owner is desirous of utilizing the services and experience of Manager in connection with the development and operation of the hotel, and Manager desires to render such services, all upon the terms and conditions hereinafter set forth.

NOW, THEREFORE, Owner and Manager agree as follows:

## **ARTICLE I**

## **DEFINITIONS**

1.01 <u>Definitions</u>. As used herein, the following terms shall have the respective meanings indicated below:

<u>Affiliate(s)</u> - with respect to any entity, any natural person or firm, corporation, partnership, association, trust or other entity which, directly or indirectly, controls, is controlled by, or is under common control with, the subject entity. For purposes hereof, the term "control" shall mean the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of any such entity, or the power to veto major

January 26, 1988                  PAGE 1                  MGMT.CHP

WHITEDEFS0018520

and Technical Assistance Services, a monthly fee equal to three percent (3%) of Gross Revenues as defined in Article VI hereof.

4.05 Personnel.

4.05.01 General. Manager shall hire, discharge, promote and supervise the Executive Staff of the Hotel, and will supervise through said Executive Staff the hiring, discharging, promotion and work of all other operating and service employees of the Hotel. All members of the Executive Staff of the Hotel shall be properly qualified for their positions, and the direct compensation payable to such persons shall be comparable to the direct compensation paid to the members of the Executive Staff of other comparable first-class all-suite hotels, taking into account the location and size of the Hotel, it being understood that the Hotel will at no time be placed at a competitive disadvantage with respect to the hiring and maintaining of its Executive Staff.

4.05.2 Owner as Employer. Except as provided in Subsection 4.05.4 below, all employees of the Hotel shall be employees of Owner, and all Compensation of such employees shall be paid by Manager as agent of Owner.

4.05.3 Labor Relations. Manager shall negotiate for the best interest of Owner with any labor unions representing such employees, but any collective bargaining agreement or labor contract resulting therefrom will be executed by Owner as the employer. In addition, it is understood that Manager shall consult with Owner in advance of, and, to the extent practicable, during the course of, negotiations with any labor union as to terms acceptable to Owner.

4.05.4 Pension Plans, etc. Manager shall have the right to provide the employees of the Hotel, who are eligible therefor, with benefits of the pension, profit sharing or other employee retirement, disability, health or welfare or other benefit plan or plans now or hereafter applicable to employees of Other Hilton Suites Hotels, and to charge the Hotel with its allocable share of such Hilton Suites plan or plans.

4.06 Additional Responsibilities of Manager. Manager shall, either in its own name, as agent, or in the name of Owner, perform the following additional services, or cause the same to be performed for the Hotel:

> (a) consummate arrangements with concessionaires, licensees, tenants, or other intended users of the facilities of the Hotel (provided, however, that without the consent of Owner, Manager shall not enter into any such arrangement for a duration greater than one year);
>
> (b) enter into such contracts for the furnishing of utilities and maintenance and other services to the Hotel, as shall be reasonably necessary for the proper operation and maintenance thereof;

WHITEDEFS0018528

## MANAGEMENT AGREEMENT

THIS AGREEMENT, made as of November 26, 1991, by and between MONY/PSP PROPERTIES, an Arizona joint venture (the "Owner"), having its principal offices at 2728 N. 24th Street, Phoenix, Arizona 85008 and HILTON HOTELS CORPORATION, a Delaware corporation ("Hilton"), having its principal offices at 9336 Civic Center Drive, Beverly Hills, California 90209.

### PRELIMINARY STATEMENT

A. Owner owns a first class resort hotel on the land herein described, comprising a destination resort hotel known as "The Pointe at Squaw Peak".

B. Hilton, together with its affiliates, is engaged in the ownership and operation of hotels and inns throughout the United States and is experienced in the various phases of hotel and inn development and operations.

C. Owner is desirous of utilizing the services and experience of Hilton in connection with the operation of the hotel, and Hilton desires to render such services, all upon the terms and conditions hereinafter set forth.

NOW, THEREFORE, Owner and Hilton agree as follows:

### ARTICLE I

### DEFINITIONS

1.01 <u>Definitions</u>. As used herein, the following terms shall have the respective meanings indicated below:

<u>Adjusted Deficit</u> - Deficit as defined in the Management Fee Rider except in lieu of using item (e) of Paragraph C of such Fee Rider, (i.e. $5,000,000) in the determination thereof, the actual total debt service installments of principal and interest for such Operating Year (excluding any balloon or prepayments) shall be used in substitution thereof.

<u>Adjusted Income Before Management Fees and Fixed Charges</u> - as defined in the Management Fee Rider.

<u>Affiliates</u> - with respect to any entity, any natural person or firm, corporation, partnership, association, trust or other entity which, directly or indirectly, controls, is controlled by, or is under common control with, the subject entity; a natural person or entity which has an entity as an Affiliate under the foregoing shall also be deemed to be an Affiliate of such entity.

with any other credit card system shall be in conformity with Hilton's general policy at the time in effect.

Hilton hereby represents and warrants that all Other Hilton Hotels are being furnished, and during the entire term of this Agreement shall continue to be furnished, all of the Group Services, irrespective of size, market served and profitability of the hotel in question to be furnished to the Hotel under this Section. Hilton further represents and warrants that the pro rata share of the costs and expenses to the Hotel for and on account of Group Services pursuant to Section 4.07(a) is, except for the Washington Hilton, Ryetown Hilton, New York Hilton, the Reno Hilton, and the Garden Hilton Inn, Valencia, CA allocated and charged, and during the entire term of this Agreement shall be allocated to the Hotel on the same basis as the pro rata share of any Other Hilton Hotel, irrespective of whether Hilton has an equity interest in such Other Hilton Hotel. Annexed hereto as Exhibit IV is a listing of the various major Group Services currently provided by Hilton, a description of the services offered under each and the basis upon which as of the date of this Agreement the costs and expenses for each are allocated to Other Hilton Hotels. Subject to Section 4.07(a), Hilton reserves the right, at its option, to change the basis upon which the costs and expenses of any of the Group Services are allocated to Hilton Hotels.

4.04 **Technical Assistance Services**. During the Operating Period, Hilton, through its Technical Assistance Services program, will provide, as needed, supervisory and control services to the Hotel's front office, food, personnel and other operating departments. The Technical Assistance Services will be provided without charge to Owner, other than for reimbursable items stipulated in Section 4.07.

4.05    **Personnel**.

4.05.1 **General**. Hilton shall hire, discharge, promote and supervise the Executive Staff of the Hotel, and shall supervise through said Executive Staff the hiring, discharging, promotion and work of all other operating and service employees of the Hotel. All members of the Executive Staff of the Hotel shall be properly qualified for their positions, and the direct compensation payable to such persons shall be comparable to the direct compensation paid to the members of the Executive Staff of other comparable first-class resort hotels, taking into account the location and size of the Hotel, it being understood that the Hotel will at no time be placed at a competitive disadvantage with respect to the hiring and maintaining of its Executive Staff.

4.05.2 **General Manager**. The General Manager shall at all times be properly experienced in destination resort operations or at an urban hotel with available recreational facilities or leisure activities thereat or nearby so that such person is fully qualified to supervise the operation of the Hotel in accordance with this Agreement. It is understood that Owner is vitally

interested in the qualifications and performance of the person designated as General Manager. Accordingly, Hilton shall consult with Owner prior to making any appointment of a General Manager. If after any such appointment, Owner becomes dissatisfied with the performance of any General Manager, Owner shall have the right to confer with Hilton, in an attempt to resolve any problems. Hilton shall reasonably consider such views of Owner, including consideration of replacing such individual; it being understood, however, that the final decision as to the appointment and continued employment of the General Manager shall be made solely by Hilton.

4.05.3 <u>Hilton as Employer</u>. For the period from the Commencement Date through December 31, 1991, as provided by separate agreement concurrently entered into herewith between Owner, Hilton, and Pointe Resorts, all employees of the Hotel shall be employees of Pointe Resorts and shall be subject to the provisions of this Agreement. All Compensation of such employees shall be paid by Hilton from the Hotel Accounts. Thereafter, all employees of the Hotel shall be employees of Hilton or a wholly owned Affiliate of Hilton, and all Compensation of such employees shall be paid by Hilton or Hilton shall cause such Affiliate to make such payments, and the amount of payments shall be reimbursed to Hilton by Owner in accordance with Section 4.07. Accordingly, Hilton shall establish appropriate payroll accounts covering all such employees of the Hotel. Arrangements will be made so that Hilton can draw on the Hotel Accounts to transfer funds to such payroll accounts upon its payment of such Compensation. Notwithstanding the foregoing, the employees shall become the employees of Owner upon at least 30 days prior written notice of Owner to Hilton, to coincide with a regular payroll date, and all Compensation for such employees shall thereupon be paid by Hilton from the Hotel Accounts.

4.05.4 <u>Labor Relations</u>. Hilton shall negotiate for the best interest of Owner with any labor unions representing employees of the Hotel, and any collective bargaining agreement or labor contract resulting therefrom will be executed by Hilton as the employer. In addition, it is understood that Hilton shall consult with Owner and give due consideration to the views of Owner in advance of, and, to the extent practicable, during the course of, negotiations with any labor union as to the terms of the collective bargaining agreement or labor contract being negotiated. When Hotel employees are included in or covered by any pension and/or retirement, disability, health, welfare or other benefit plans pursuant to a collective bargaining agreement or labor contract, Owner shall be solely responsible for any plan contributions and/or other obligations or liabilities arising thereunder, and Hilton shall pay such items out of the Hotel Accounts on behalf of Owner.

4.05.5 <u>Hilton Personnel</u>. If Hilton shall reasonably deem it advisable, it shall assign the General Manager, the Comptroller and other members of the Executive Staff of the Hotel from the employees of Hilton and its Affiliates, or from the staff of Other Hilton Hotels. All such employees will be paid their

16

regular Compensation, such Compensation to be paid by Hilton, in which case Hilton will be reimbursed by Owner therefor as provided in Section 4.07.

4.05.6 <u>Residing-Staff Members; Business Expenses</u>. If Hilton shall reasonably deem it to be advisable, the General Manager or the Resident Manager will reside at the Hotel, in which case they will receive the normal maintenance customarily provided to such employees at Other Hilton Hotels, i.e., room, board, laundry and valet. The space to be occupied by the general manager or the resident manager shall be subject to the approval of Owner, it being understood that such space, including the furnishing thereof, will be comparable to that occupied by the counterparts of such staff members in other comparable hotels. The Executive Staff and other appropriate employees of the Hotel shall also be reimbursed for all reasonable business expenses, including business entertainment and travel expenses, incurred on behalf of the Hotel, in accordance with the standard practices in effect at Other Hilton Hotels.

4.05.7 <u>Pension Plans, etc.</u> Hilton shall have the right to provide the employees of the Hotel, who are eligible therefor and who are not covered by collective bargaining or similar arrangements, with benefits of the incentive plans, and the pension, profit sharing or other employee retirement, disability, health or welfare or other benefit plan or plans now or hereafter applicable to employees of Other Hilton Hotels, and to charge the Hotel with its pro rata share of the costs and expenses of such Hilton plan or plans allocated on the same basis as allocated to participating Other Hilton Hotels. In no event shall the Hotel be charged directly or indirectly for any liability or cost incurred by Hilton with regard to any Hilton benefit plan provided to the employees of the Hotel which is attributable to a failure by any Other Hilton Hotel to pay any cost or liability allocable or chargeable to such Other Hilton Hotel. Annexed hereto as Exhibit V is a listing of all major Hilton employee benefit plans as of the date of this Agreement for Other Hilton Hotels.

4.05.8   <u>Former Pointe Resorts Employees</u>. Hilton shall give employees of Pointe Resorts continuing as employees of the Hotel, to the extent permissible by law and by any applicable Hilton benefit plan, credit for prior service as employees at the Hotel of Pointe Resorts, except no prior service credit shall be given for the Hilton Pension and Thrift Plans.

4.06 <u>Additional Responsibilities of Hilton</u>. Subject to the terms of this Agreement and the Mortgages, Hilton shall, as agent of Owner either in its own name, or in the name of Owner, perform the following additional services, or cause the same to be performed for the Hotel:

(a) consummate leases with respect to the commercial and office space in the Premises and concession or other arrangements with respect to other space and facilities on the Premises, provided that leases and concession arrangements for

17