# ATTORNEYS' FEE AND EXPENSE AGREEMENT

This agreement sets forth terms for the provision of legal services by Stephen R. Bruce and Stephen R. Bruce Law Offices to prosecute the claims of Valerie White for vested retirement benefits from the Hilton Hotels Retirement Plan.

1.  **Retainer.**  By this agreement, the undersigned ("Client") retains Stephen R. Bruce and Stephen R. Bruce Law Offices ("Counsel") to represent her in her claims for vested retirement benefits from the Hilton Hotels Retirement Plan.

2.  **Subject Matter of Representation.**  This legal representation is limited to the matter described in Paragraph 1. Representation on other matters must be the subject of another agreement.

3.  **Extent of Representation.**  This agreement covers legal services in the preparation and presentation of claims through the trial court level. Client and Counsel shall evaluate the merits of an appeal of any unfavorable decision at the trial court level and revise or renew this agreement depending on that evaluation.

4.  **Other Participants Affected.**  Client understands that over 220 other former and current employees of Hilton Worldwide, Inc. (formerly Hilton Hotels Corp.) may be affected by the rules at issue in this case. She agrees that Counsel will file and prosecute this action as a class action in order to benefit the other former and current Hilton employees who are similarly situated.

5.  **Client Cooperation.**  Client agrees to cooperate in the preparation and trial of these claims, appear on reasonable notice for depositions and court appearances, and comply with reasonable requests in connection with the investigation, preparation and presentation of this case.

6.  **Expenses.**  Because this is a class action, Counsel agrees to bear the out-of-pocket expenses in this case to the extent that he is reasonably able to do so.

7.  **Attorneys' Fees.**  Client recognizes that Counsel is undertaking this case without payment of legal fees on a current basis in the expectation that the court will order that Hilton Worldwide, Inc. pay the attorneys' fees and expenses.

**EXHIBIT 15**

Client shall not agree to a settlement of, or otherwise compromise, this case without provision for reasonable attorneys' fees and expenses (not to exceed 25% of the benefits recovered) unless Counsel consents in writing. As security for payment of attorneys' fees, the Client gives Counsel a lien on any recovery obtained by court award or settlement of this action.

8.    **Co-Counsel.**  Mr. Bruce may enter into a separate agreement to associate other counsel, except that no such agreement shall change the rights or responsibilities of the undersigned.

9.    **Withdrawal and Discharge.**  Counsel may terminate legal representation for reasons and under circumstances permitted by the Code of Professional Responsibility. Client understands that she also retains the right to discharge Counsel from legal representation in this matter and have her files returned. In either event, Counsel are entitled to a lien against any recovery on their claims at a rate of 25% of the recovery, prorated based on the additional legal services required to obtain that recovery.

Date: 10/18/17

Valerie White
700 Decatur St. NE
Washington DC 20017

Date: 10/20/2017

Stephen R. Bruce
Stephen R. Bruce Law Offices
1667 K St, NW, Suite 410
Washington, DC 20006

Attorneys' Fee and Expense Agreement – Page 2

## ATTORNEYS' FEE AND EXPENSE AGREEMENT

This agreement sets forth terms for the provision of legal services by Stephen R. Bruce and Stephen R. Bruce Law Offices to prosecute the claims of Eva Juneau for vested retirement benefits from the Hilton Hotels Retirement Plan.

**1.     Retainer.**  By this agreement, the undersigned ("Client") retains Stephen R. Bruce and Stephen R. Bruce Law Offices ("Counsel") to represent her in her claims for vested retirement benefits from the Hilton Hotels Retirement Plan.

**2.     Subject Matter of Representation.**  This legal representation is limited to the matter described in Paragraph 1. Representation on other matters must be the subject of another agreement.

**3.     Extent of Representation.**  This agreement covers legal services in the preparation and presentation of claims through the trial court level. Client and Counsel shall evaluate the merits of an appeal of any unfavorable decision at the trial court level and revise or renew this agreement depending on that evaluation.

**4.     Other Participants Affected.**  Client understands that over 220 other former and current employees of Hilton Worldwide, Inc. (formerly Hilton Hotels Corp.) may be affected by the rules at issue in this case. She agrees that Counsel will file and prosecute this action as a class action in order to benefit the other former and current Hilton employees who are similarly situated.

**5.     Client Cooperation.** Client agrees to cooperate in the preparation and trial of these claims, appear on reasonable notice for depositions and court appearances, and comply with reasonable requests in connection with the investigation, preparation and presentation of this case.

**6.     Expenses.**  Because this is a class action, Counsel agrees to bear the out-of-pocket expenses in this case to the extent that he is reasonably able to do so.

**7.     Attorneys' Fees.**  Client recognizes that Counsel is undertaking this case without payment of legal fees on a current basis in the expectation that the court will order that Hilton Worldwide, Inc. pay the attorneys' fees and expenses.

Client shall not agree to a settlement of, or otherwise compromise, this ca
without provision for reasonable attorneys' fees and expenses (not to exceed 25%
of the benefits recovered) unless Counsel consents in writing. As security for
payment of attorneys' fees, the Client gives Counsel a lien on any recovery
obtained by court award or settlement of this action.

8.      **Co-Counsel.**  Mr. Bruce may enter into a separate agreement to
associate other counsel, except that no such agreement shall change the rights o
responsibilities of the undersigned.

9.      **Withdrawal and Discharge.**  Counsel may terminate legal
representation for reasons and under circumstances permitted by the Code of
Professional Responsibility. Client understands that she also retains the right to
discharge Counsel from legal representation in this matter and have her files
returned. In either event, Counsel are entitled to a lien against any recovery on
their claims at a rate of 25% of the recovery, prorated based on the additional le
services required to obtain that recovery.

Date: ___10-30-17___

Eva Juneau
730 Gordon Ave.
Reno NV 89509

Date: ___10/30/2017___

Stephen R. Bruce
Stephen R. Bruce Law Offices
1667 K St. NW, Suite 410
Washington, DC 20006

## ATTORNEYS' FEE AND EXPENSE AGREEMENT

This agreement sets forth terms for the provision of legal services by Stephen R. Bruce and Stephen R. Bruce Law Offices to prosecute the claims of Peter Betancourt for vested retirement benefits from the Hilton Hotels Retirement Plan.

1.    **Retainer.**  By this agreement, the undersigned ("Client") retains Stephen R. Bruce and Stephen R. Bruce Law Offices ("Counsel") to represent him in his claims for retroactive/back payments of the vested retirement benefits due his father from the Hilton Hotels Retirement Plan.

2.    **Subject Matter of Representation.**  This legal representation is limited to the matter described in Paragraph 1. Representation on other matters must be the subject of another agreement.

3.    **Extent of Representation.**  This agreement covers legal services in the preparation and presentation of claims through the trial court level. Client and Counsel shall evaluate the merits of an appeal of any unfavorable decision at the trial court level and revise or renew this agreement depending on that evaluation.

4.    **Other Participants Affected.**  Client understands that over 220 other former and current employees of Hilton Worldwide, Inc. (formerly Hilton Hotels Corp.) may be affected by the rules at issue in this case. He agrees that Counsel will file and prosecute this action as a class action in order to benefit the other former and current Hilton employees who are similarly situated.

5.    **Client Cooperation.** Client agrees to cooperate in the preparation and trial of these claims, appear on reasonable notice for depositions and court appearances, and comply with reasonable requests in connection with the investigation, preparation and presentation of this case.

6.    **Expenses.**  Because this is a class action, Counsel agrees to bear the out-of-pocket expenses in this case to the extent that he is reasonably able to do so.

7.    **Attorneys' Fees.**  Client recognizes that Counsel is undertaking this case without payment of legal fees on a current basis in the expectation that the court will order that Hilton Worldwide, Inc. pay the attorneys' fees and expenses.

Client shall not agree to a settlement of, or otherwise compromise, this case without provision for reasonable attorneys' fees and expenses (not to exceed 25% of the benefits recovered) unless Counsel consents in writing. As security for payment of attorneys' fees, the Client gives Counsel a lien on any recovery obtained by court award or settlement of this action.

**8.     Co-Counsel.**  Mr. Bruce may enter into a separate agreement to associate other counsel, except that no such agreement shall change the rights or responsibilities of the undersigned.

**9.     Withdrawal and Discharge.**  Counsel may terminate legal representation for reasons and under circumstances permitted by the Code of Professional Responsibility. Client understands that he also retains the right to discharge Counsel from legal representation in this matter and have his files returned. In either event, Counsel are entitled to a lien against any recovery on their claims at a rate of 25% of the recovery, prorated based on the additional legal services required to obtain that recovery.

Date: _____          _____

Peter Betancourt
1270 Wilshire Circle East
Pembroke Pines, FL 33027

Date: _____          _____

Stephen R. Bruce
Stephen R. Bruce Law Offices
1667 K St, NW, Suite 410
Washington, DC 20006

Attorneys' Fee and Expense Agreement – Page 2