**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
----------------------------------------------------------------x
                                              :
VALERIE R. WHITE, et al.,                     :
                                              :
                        Plaintiffs,           :
            v.                                :        Civil Action No. 16-856 (CKK)
                                              :
HILTON HOTELS RETIREMENT PLAN, et al.         :
                                              :
                        Defendants.           :
----------------------------------------------------------------x
```

**[PROPOSED] ORDER DENYING MOTION FOR CLASS CERTIFICATION**

　　　　Upon consideration of *Plaintiffs' Second Renewed Motion For Class Certification*, it is this ___

day of _____, 2021 **ORDERED** that Plaintiffs' Motion is **DENIED**.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　United States District Judge