UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
:
VALERIE R. WHITE, *et al.*,                                    :
:
                Plaintiffs,                   :
          v.                                    :  Case No. 1:16-cv-00856-CKK
:
HILTON HOTELS RETIREMENT PLAN, *et al.*,                        :
:
                Defendants.                   :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW M. LACY IN OPPOSITION TO PLAINTIFFS'
SECOND RENEWED MOTION FOR CLASS CERTIFICATION**

    I, Andrew M. Lacy, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

    1.    I am a partner with the law firm of Simpson Thacher & Bartlett LLP, counsel for Defendants. I respectfully submit this declaration in opposition to Plaintiffs' SECOND renewed motion for class certification. I am familiar with the facts and circumstances stated herein, based on my personal knowledge, information reported to me by attorneys working under my direction and supervision, and a review of the attached documents or files maintained by my firm.

    2.    On November 15, 2017, Defendants produced to Plaintiffs over 18,000 pages of documents as part of their Initial Disclosures, including but not limited to: a list of Hilton Hotel Properties used for purposes of administering the Hilton Hotels Retirement Plan (the "Plan"); administrative claim files for purported subclass members; minutes of the U.S. Appeals Committee; historical documents regarding participation of certain relevant employers in the Plan; and appendices to restatements of the Plan identifying participating employers as of certain dates throughout the Plan's history.

3. On February 5, 2018, in response to Plaintiffs' Requests for Production, Defendants produced nearly 650 pages of contractual agreements concerning certain "non-participating properties" identified in Plaintiffs' Amended Complaint.

4. Attached hereto as Exhibit A is a true and correct copy of the Hilton Hotels Retirement Plan, effective as of January 1, 2012, with amendments thereto.

5. Attached hereto as Exhibit B is a true and correct copy of a letter from Casey Young, Manager of Hilton Worldwide's Retirement Benefits and delegate to its U.S. Appeals Committee, to Valerie White, dated March 4, 2015.

6. Attached hereto as Exhibit C is a true and correct copy of a letter from Mary Nell Billings, Senior Director of Hilton Worldwide's Global Retirement Programs and delegate to its U.S. Appeals Committee, to Valerie White, dated July 21, 2015.

7. Attached hereto as Exhibit D is a true and correct copy of a letter from Hilton Worldwide Pension Center to Eva Juneau, dated February 24, 2015.

8. Attached hereto as Exhibit E is a true and correct copy of a letter from Casey Young, Manager of Hilton Worldwide's Retirement Benefits and delegate to its U.S. Appeals Committee, to Eva Juneau, dated May 29, 2015.

9. Attached hereto as Exhibit F is a true and correct copy of a letter from Stephen Bruce to Hilton Worldwide's U.S. Appeals Committee on behalf of Eva Juneau, dated July 22, 2015.

10. Attached hereto as Exhibit G is a true and correct copy of a letter from Mary Nell Billings, Senior Director of Hilton Worldwide's Global Retirement Programs and Chair of its U.S. Appeals Committee, to Eva Juneau, dated November 20, 2015.

11. Attached hereto as Exhibit H is a true and correct copy of a Vested Retirement Benefits Claim Form submitted by Peter Betancourt.

12. Attached hereto as Exhibit I is a true and correct copy of a letter from Casey Young, Manager of Hilton Worldwide's Retirement Benefits and delegate to its U.S. Appeals Committee, to Peter Betancourt, dated June 3, 2015.

13. Attached hereto as Exhibit J is a true and correct copy of a letter from Stephen Bruce to Hilton Worldwide's U.S. Appeals Committee on behalf of Peter Betancourt, dated July 22, 2015.

14. Attached hereto as Exhibit K is a true and correct copy of a letter from Mary Nell Billings, Senior Director of Hilton Worldwide's Global Retirement Programs and Chair of its U.S. Appeals Committee, to Peter Betancourt, dated November 18, 2015.

15. Attached hereto as Exhibit L is a true and correct copy of a document produced by Defendants at WHITEDEFS0018034–37 as part of their Initial Disclosures.

16. Attached hereto as Exhibit M is a redline, prepared using Litera® Change-Pro for Word software, comparing the proposed orders accompanying Plaintiffs' Second Renewed Motion for Class Certification, filed on November 20, 2020 (Dkt. 83-2), and Renewed Motion for Class Certification, filed on January 31, 2020 (Dkt. 74-1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 21st day of December, 2020.

                                                                          /s/ Andrew M. Lacy
                                                                               Andrew M. Lacy