# EXHIBIT C



Hilton Worldwide
755 Crossover Lane
Memphis, TN  38117

July 21, 2015

Valerie R White
700 Decatur St NE
Washington, DC  20017

       RE:    Appeal under the Hilton Hotels Retirement Plan

Dear Ms. White:

    I am writing to you on behalf of the Hilton U.S. Appeals Committee (the "Committee") with respect to the appeal of the denial of your claim for benefits under the Hilton Hotels Retirement Plan ("the Plan").

    The Committee has considered your appeal and has determined that the decision to deny your claim was appropriate. As a result, the Committee regrets to inform you that it has upheld the prior decision to deny your claim for benefits under the Plan. This letter outlines the Committee's reasons for this determination.

    Because the Plan is governed by the Employee Retirement Income Security Act of 1974, as amended, ("ERISA"), the Committee is required to follow certain procedures. Among other things, ERISA requires the Committee to follow the written terms of the Plan, to manage the Plan impartially for all participants and to ensure that requests such as yours are given fair consideration.

    Since you terminated prior to January 1, 1989, you need at least ten years of vesting service to become vested. *See* Hilton Hotels Retirement Plan § 4.6; *see also* Plan Article I, defining capitalized terms, including "Years of Vesting Service." The Plan contains the rules for counting employees' years of vesting service, including specific rules for certain situations. *See* Plan Article I, defining capitalized terms, including "Years of Vesting Service."

    Your claim form confirms that the Plan's records regarding your service dates are correct. Looking to the Plan's records of actual hours of service and/or using equivalencies, where applicable, you do not meet the minimum number of years of vesting service. Accordingly, the Committee has determined that the decision to deny your claim was appropriate because you are not vested under the Plan. You do not have the minimum number of years of vesting service. Thus, you are not entitled to a retirement benefit under the Plan. *See* Hilton Hotels Retirement Plan § 4.6.

    Please note that the Plan has actual hours records for all or a portion of your employment history with Hilton. Based on the actual hours records, you worked insufficient hours in one or more years during your employment with Hilton to earn vesting credit for such year(s).



Please note that a portion of your employment history with Hilton was prior to January 1, 1976. Prior to 1976, vesting credit is calculated using an elapsed time method. The elapsed time method calculates service by measuring the time, in years and fractional years, between the date you began employment and December 31, 1975. The amount of service credited does not depend on the hours worked during a time period, but rather depends on the years and fractions of years during which you were employed by Hilton prior to January 1, 1976.

This letter constitutes a denial of your appeal under ERISA's claims procedures. In connection with this appeal, you or your authorized representative are entitled to receive, upon request and free of charge, reasonable access to and copies of all relevant documents, records, and other information relevant to your claim.

**The administrative process is complete. You now have the right to bring a civil action under Section 502(a) of ERISA in federal court if you choose to further pursue this claim. Please be aware that the Plan requires that any such suit be filed within 180 days of the date of this letter.**

Sincerely,

*Mary Nell Billings*

Mary Nell Billings
Senior Director Global Retirement Programs
Hilton Worldwide
Delegate, U.S. Appeals Committee