# EXHIBIT D



Hilton Worldwide Pension Center
RFM Department 01250
Post Office Box 9619
The Woodlands, TX 77387

EVA JUNEAU
730 GORDON AVE
RENO, NV 89509



Hilton Worldwide Pension Center
RFM Department 01250
Post Office Box 9619
The Woodlands, TX 77387

February 24, 2015

EVA JUNEAU
730 GORDON AVE
RENO, NV 89509

Re: Hilton Hotels Retirement Plan

Dear Ms. JUNEAU:

On behalf of the U.S. Appeals Committee (the "Committee") of the Hilton Hotels Retirement Plan (the "Plan"), I am writing with respect to your claim for additional vesting credit. We have received your completed Vested Retirement Benefits Claim Form that you received from The Garden City Group, Stephen R. Bruce Law Offices (the "Claim Form").

On the Claim Form, you have identified additional dates of employment with Hilton that are not reflected in Hilton's records or dates of employment with Hilton for which further evidence of actual hours worked is requested to consider your claim for additional vesting credit. We are hereby requesting that you provide all evidence in support of your claim for additional vesting credit. Such evidence may include, among other things, any tax returns, paystub records, or social security records that support your claim to the years of vesting service. Please also provide information you have on the hours worked during the claimed dates of employment. Please also indicate whether this service was full or part-time.

If no additional information is provided or received, we will complete our review using the information currently on file.

The contact information for the Hilton Worldwide Pension Center is below:

Hilton Worldwide Pension Center
RFM Department 01250
Post Office Box 9619
The Woodlands, TX 77387
Phone: 1-866-262-9313
Fax: 1-281-882-2452

Hilton Worldwide Pension Center Representatives are available between 9 a.m. and 5 p.m., Central time, Monday through Friday.

Sincerely,

Hilton Worldwide Pension Center