# EXHIBIT H

**GCG**             **STEPHEN R. BRUCE LAW OFFICES**

## Vested Retirement Benefits Claim from the Hilton Hotels Retirement Plan

Control Number: 105015
HTN0205542128

FAMILY OF P BETANCOURT

*Please make any name or address corrections below:*

| First Name | Middle Name | Last Name |

| Address |

| City | State | Zip |

    I, P BETANCOURT, am a former or current employee of Hilton Hotels. With the help of Stephen R. Bruce Law Offices, I am making a claim for a vested retirement benefit from the Hilton Hotels Retirement Plan based on my employment with Hilton as described below:

    10/03/1947 - 01/13/1979 at New York Hilton ✓

☐ I confirm that the dates of employment and Hilton Hotel name(s) printed above are correct.

☐ I have an additional period of employment with a Hilton Hotel, or one or more of the dates of employment and Hilton Hotel name(s) printed above are incorrect. The additional period of Hilton employment or the corrected dates and places of my employment with Hilton are filled in below (if you do not remember exact dates, please do the best you can):

    Hilton Hotel name: _____
    Start date: _____ End date: _____
    Hilton Hotel name: _____
    Start date: _____ End date: _____

☑ If the former Hilton Hotel employee identified above is deceased, please supply the following information:

Date of death: *Feb 11, 1985*
Spouse or beneficiary name: *Peter Betancourt* Relationship: *Son*
Spouse or beneficiary address: *1270 Wilshire Circle East*
*Pembroke Pines FL. 33027*

*[Signature]*
Signature
Date *10/22/14*

           Home or Cell Phone No.

Please sign and return this claim form in the enclosed pre-paid envelope to:
***The Garden City Group, Inc., P.O. Box 9994, Dublin, OH 43017-9996***

(Stamp: THE GARDEN CITY GROUP INC. NOV -7 2014)



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES





**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 49    DUBLIN, OH

POSTAGE WILL BE PAID BY ADDRESSEE

THE GARDEN CITY GROUP, INC.
P.O. BOX 9994
DUBLIN OH 43017-9996