# EXHIBIT L

## Hilton Hotels - Properties

| CITYHOCN | Name | Part | Begin Date | End Date | Sponsor | EIN | Hotel | Trust | Union | Terminated Prop. | Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ABQAHHH | Albuquerque Hilton | P | 8/1/1966 | 5/3/1974 | | 36-2058176 | O089 | | ☐ | ☐ | ☐ |
| SNAAHHH | Anaheim Hilton | P | 1/1/1984 | | Anaheim Hotel Partnership | 95-3937440 | O077 | 077 | ☑ | ☐ | ☐ |
| ANCAHHH | Anchorage Hilton | P | 4/14/1977 | | Bristol Corporation | 92-0059201 | O050 | 050 | ☑ | ☐ | ☐ |
| CHIAPHH | Arlington Park | P | 12/16/1974 | 7/1/1985 | Magnum Hotel Corporation | 36-2994470 | O051 | 051 | ☐ | ☐ | ☑ |
| KAUAOAO | Assoc Of Apt Owners | P | 1/1/1986 | 12/15/1992 | Association of Apartment | 99-0210764 | H086 | 086 | ☐ | ☐ | ☑ |
| ATLAAHH | Atlanta Arpt Hilton | P | 1/16/1989 | | | 36-2058176 | H104 | | ☐ | ☐ | ☐ |
| ATLHIHH | Atlanta Arpt Hilton | P | 6/1/1960 | 8/31/1986 | | 36-2058176 | H004 | | ☐ | ☐ | ☐ |
| ATLAHHH | Atlanta Hilton | N | 9/1/1976 | | | 36-2058176 | O071 | | ☐ | ☐ | ☐ |
| BALBHHH | Baltimore Hilton | N | 6/1/1983 | 12/31/1983 | | 36-2058176 | O072 | | ☑ | ☐ | ☐ |
| LASBEHN | Benco Inc. | P | 3/15/1971 | | | 36-2058176 | H044 | | ☐ | ☐ | ☐ |
| BOSSHHH | Boston Statler Hilt. | P | 12/1/1944 | 12/31/1976 | | 36-2058176 | H045 | | ☑ | ☐ | ☐ |
| BNABWHS | Brentwood H. Suites | N | 10/22/1989 | | | 36-2058176 | H203 | | ☐ | ☐ | ☐ |
| EWRBHHH | Brunswick Hilton | P | | | | 36-2058176 | | | ☐ | ☐ | ☐ |
| BUFSHHH | Buffalo Statler | P | 10/1/1944 | 4/1/1973 | | 36-2058176 | O096 | | ☑ | ☐ | ☐ |
| DCASHHH | Capital Hilton | P | 12/1/1944 | | | 36-2058176 | H006 | | ☑ | ☐ | ☐ |
| CHICHHH | Chicago Hilton | P | 1/1/1985 | | | 36-2058176 | H047 | | ☑ | ☐ | ☐ |
| CHICHHS | Chicago Hilton | P | | | | 36-2058176 | H047 | | ☐ | ☐ | ☐ |
| CHICAHH | Chicago Regional Acc | P | 11/1/1991 | | | 36-2058176 | H234 | | ☐ | ☐ | ☐ |
| DALCCHN | Compass Computer | P | 1/1/1975 | | | 36-2058176 | O053 | | ☐ | ☐ | ☐ |
| CHICHOH | Conrad Hilton | P | 1/1/1929 | 12/31/1984 | | 36-2058176 | H007 | | ☑ | ☐ | ☐ |
| CONIHHN | Conrad Intl. Hotel | P | 1/1/1986 | | | 36-2058176 | H048 | | ☑ | ☐ | ☐ |
| DALSHHH | Dallas Hilton | P | 1/15/1956 | 1/31/1988 | | 36-2058176 | H008 | | ☑ | ☐ | ☐ |
| DALHIHH | Dallas Hilton Inn | P | 11/15/1965 | 4/14/1983 | Mockingbird | 99-9999998 | O054 | 054 | ☐ | ☐ | ☐ |
| DENDHHH | Denver Hilton | P | 4/1/1960 | 3/21/1984 | | 36-2058176 | H009 | | ☐ | ☐ | ☐ |
| SAVDHHH | Desoto Hilton | P | 6/15/1965 | 12/31/1985 | DeSoto, Inc. | 58-0952314 | O055 | 055 | ☐ | ☑ | ☑ |
| DETSHHH | Detroit Statler | P | 12/1/1944 | 8/31/1974 | | 36-2058176 | O095 | | ☑ | ☐ | ☐ |
| ELPEHHH | El Paso Hilton | P | | 10/1/1963 | | 36-2058176 | O094 | | ☐ | ☐ | ☐ |
| LASFHCC | Flamingo Casino Ledg | P | 3/15/1971 | | | 36-2058176 | H010 | | ☑ | ☐ | ☐ |
| LASFHHH | Flamingo Hilton-L.V. | P | 3/15/1971 | | | 36-2058176 | H011 | | ☑ | ☐ | ☐ |
| RNOFHHH | Flamingo Hilton-Reno | P | 12/29/1981 | 10/23/2001 | | 36-2058176 | H129 | | ☐ | ☐ | ☐ |
| LASFHLS | Flamingo L & S | P | 3/15/1971 | | | 36-2058176 | O091 | | ☑ | ☐ | ☐ |
| MCIFHHH | Flamingo-Kansas City | P | | | | 36-2058176 | | | ☐ | ☐ | ☐ |
| BHCFLHH | Flamingo-Laughlin | P | 10/1/1988 | | | 36-2058176 | H052 | | ☐ | ☐ | ☐ |
| MIAFHHH | Fontainebleau Hilton | P | 7/10/1978 | 5/13/2005 | Hotelerama Associates | 59-1805724 | O006 | 056 | ☑ | ☐ | ☐ |
| VALVHGI | Garden Inn-Valencia | N | 11/25/1991 | | | 36-2058176 | O207 | | ☐ | ☐ | ☐ |
| GBTGHHH | Greenbelt Hilton | P | 8/16/1985 | 6/30/1988 | Springhill Lake Hotel | 52-1316637 | O079 | 079 | ☐ | ☑ | ☑ |
| PHXRRPR | H Suite -So Mintn R | N | 11/26/1991 | | | 36-2058176 | O255 | | ☐ | ☐ | ☐ |
| PHXSMRP | H Suite-So Mntn R | N | 11/26/1991 | | | 36-2058176 | O251 | | ☐ | ☐ | ☐ |
| PHXSMPR | H Suite-So. Mountain | N | 11/26/1991 | | | 36-2058176 | O250 | | ☐ | ☐ | ☐ |

11/1/2005                    Page 1 of 4

WHITEDEFS0018034

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hilton Hotels - Properties

| CITYHOCN | Name | Part | Begin Date | End Date | Sponsor | EIN | Hotel | Trust | Union | Terminated Prop. | Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHXSPRP | H Suite-Squak Peak R | N | 11/26/1991 | | | 36-2058176 | O253 | | ☐ | ☐ | ☐ |
| PHXSPPR | H Suite-Squaw Peak | N | 11/26/1991 | | | 36-2058176 | O252 | | ☐ | ☐ | ☐ |
| PHXTCPR | H Suite-Tapatio Clif | N | 11/26/1991 | | | 36-2058176 | O254 | | ☐ | ☐ | ☐ |
| SECHHHH | H. At Harmon Meadows | P | 11/21/1982 | 9/1/1985 | | 36-2058176 | H041 | | ☐ | ☑ | ☑ |
| EWRSHHH | H. At Short Hills | P | 2/1/1988 | | | 36-2058176 | H099 | | ☐ | ☐ | ☐ |
| ORLDWHH | H. At Walt Disney W. | P | 9/1/1983 | | | 36-2058176 | H042 | | ☐ | ☐ | ☐ |
| HNLHVHH | H. Hawaiian Village | P | 2/1/1961 | | | 36-2058176 | O058 | | ☑ | ☐ | ☐ |
| DETAHHS | H. Suites Auburn Hil | N | 1/1/1990 | | | 36-2058176 | H204 | | ☐ | ☐ | ☐ |
| SNAORHS | H. Suites Orange Ca | N | 4/16/1989 | | | 36-2058176 | H201 | | ☐ | ☐ | ☐ |
| PHXPPHS | H. Suites Phoenix Pl | N | 7/1/1990 | | | 36-2058176 | H205 | | ☐ | ☐ | ☐ |
| DETSHGI | H.Suite - Southfield | N | 7/28/1993 | | | 36-2058176 | H206 | | ☐ | ☐ | ☐ |
| BDLHHHH | Hartford Hilton | P | 12/1/1944 | 12/1/1975 | | 36-2058176 | O097 | | ☑ | ☐ | ☐ |
| LAXNJHN | Hilt New Jersey Corp | P | 2/1/1983 | 6/1/1985 | | 36-2058176 | H040 | | ☐ | ☐ | ☐ |
| LAHECHN | Hilt. Equipment Corp | P | 6/23/1967 | | | 36-2058176 | H003 | | ☐ | ☐ | ☐ |
| SNAHHHH | Hilton At The Park | P | 8/1/1982 | 10/9/1984 | Hilton At The Park | 95-3780151 | O057 | 057 | ☑ | ☐ | ☑ |
| LASCOHC | Hilton Gaming Corp | P | 3/15/1971 | | | 36-2058176 | H249 | | ☐ | ☐ | ☐ |
| LAHAWHN | Hilton Hawaii Corp | P | | | | 36-2058176 | O092 | | ☐ | ☐ | ☐ |
| LAHIIHN | Hilton Inns, Inc. | P | 3/31/1964 | | | 36-2058176 | H002 | | ☐ | ☐ | ☐ |
| NYSVCHN | Hilton Service Corp. | P | 12/1/1964 | | Hilton Service Corporation | 13-2538345 | O060 | 060 | ☐ | ☐ | ☐ |
| DALHSHN | Hilton Suites, Inc. | N | 9/1/1987 | | | 36-2058176 | H200 | | ☐ | ☐ | ☐ |
| NYCHSHN | Hotels Statler | P | 1/1/1985 | | | 36-2058176 | H087 | | ☑ | ☐ | ☐ |
| LAXWAHC | Htl Waldorf Ast Corp | P | | | | 36-2058176 | H050 | | ☐ | ☐ | ☐ |
| INDIHHH | Indianapolis Hilton | N | 2/1/1970 | 3/23/1978 | | 36-2058176 | O093 | | ☐ | ☐ | ☐ |
| SNAIHHH | Irvine Hilton | P | 5/1/1985 | 10/16/1990 | | 36-2058176 | H046 | | ☐ | ☐ | ☐ |
| JAXJHHH | Jacksonville Hilton | P | 9/23/1975 | 1/31/1987 | | 36-2058176 | H013 | | ☐ | ☐ | ☐ |
| MKCKCRB | Kansas City Queen | P | 5/1/1993 | | | 36-2058176 | H246 | | ☐ | ☐ | ☐ |
| KAUBCHV | Kauai Beach Villas | P | 1/1/1986 | 12/15/1992 | Kauai Beach Villas | 99-0211875 | H085 | 085 | ☐ | ☑ | ☑ |
| KAUKHHH | Kauai Hilton | P | 1/1/1986 | 12/15/1992 | | 36-2058176 | O080 | | ☐ | ☑ | ☑ |
| KAUKPHH | Kh Hotel Partnership | P | 1/1/1986 | 12/15/1992 | | 36-2058176 | O180 | | ☐ | ☑ | ☑ |
| KOAKHHH | Kona Hilton | P | 11/16/1976 | 12/31/1993 | Pleasant Travel Service | 95-2222689 | O061 | 061 | ☑ | ☑ | ☑ |
| LASLHCC | L. V. Casino Ledger | P | 3/15/1971 | 6/17/2004 | | 36-2058176 | H014 | | ☑ | ☐ | ☐ |
| LASLHHH | Las Vegas Hilton | P | 3/15/1971 | 6/17/2004 | | 36-2058176 | H015 | | ☑ | ☐ | ☐ |
| LASLHLS | Las Vegas L & S | P | 3/15/1971 | | | 36-2058176 | O090 | | ☑ | ☐ | ☐ |
| LNKLHHH | Lincoln Hilton | P | 9/19/1974 | 6/30/1980 | | 36-2058176 | O084 | | ☐ | ☐ | ☐ |
| BOSIHHH | Logan Arpt Hilton | P | 8/1/1975 | | | 36-2058176 | H016 | | ☑ | ☐ | ☐ |
| LGBLHHH | Long Beach Hilton | P | 11/1/1991 | 1/5/2005 | | 36-2058176 | H181 | | ☐ | ☐ | ☐ |
| LAXAFHH | Los Angeles Airport | P | 5/1/1992 | | Fortuna Enterprises | 95-4366127 | O162 | 162 | ☐ | ☐ | ☐ |
| LAXAHHH | Los Angeles Airport | P | 1/1/1983 | 4/30/1992 | | 36-2058176 | O062 | | ☐ | ☐ | ☐ |
| LAXLHHH | Los Angeles Hilton | P | 12/1/1944 | 1/31/1995 | | 36-2058176 | H017 | | ☑ | ☐ | ☐ |

WHITEDEFS0018035

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hilton Hotels - Properties

| CITYHOCN | Name | Part | Begin Date | End Date | Sponsor | EIN | Hotel | Trust | Union | Prop. | Plan (Terminated) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSNMHHH | Madison Hilton | N | 6/1/1974 | 5/30/1975 | | 36-2058176 | O083 | | ☐ | ☐ | ☐ |
| LAXMOHC | Main Office | P | | | | 36-2058176 | H001 | | ☐ | ☐ | ☐ |
| MCLMHHH | Mc Lean Hilton | P | 1/1/1987 | | | 36-2058176 | H049 | | ☐ | ☐ | ☐ |
| SECMHHH | Meadowlands Hilton | P | 6/16/1978 | 8/30/1991 | Equitable Assurance Com | 13-5570651 | O063 | 063 | ☐ | ☐ | ☑ |
| MIAAHHH | Miami Arpt Hilton | P | 1/1/1984 | | | 36-2058176 | H043 | | ☐ | ☐ | ☐ |
| MSPMHHH | Minneapolis Hilton | P | 11/1/1992 | | | 36-2058176 | O182 | | ☑ | ☐ | ☐ |
| MOBMHHH | Mobile Hilton | P | 8/5/1979 | 1/9/1984 | Bel Air Hotel Company | 63-0745043 | O064 | 064 | ☐ | ☐ | ☑ |
| CREMBHH | Myrtle Beach Hilton | P | 11/28/1973 | 8/30/1987 | | 36-2058176 | O065 | | ☐ | ☐ | ☐ |
| CVGNHHH | Netherland Hilton | P | 6/1/1956 | 12/31/1981 | | 36-2058176 | H018 | | ☑ | ☐ | ☐ |
| MSYAHHH | New Orleans Arpt | P | 7/1/1959 | | | 36-2058176 | H119 | | ☐ | ☐ | ☐ |
| MSYHHHH | New Orleans Arpt | P | 7/1/1959 | | | 36-2058176 | H019 | | ☐ | ☐ | ☐ |
| MSYNHHH | New Orleans Hilton | P | 4/4/1977 | | International Rivercenter | 72-0740395 | O066 | 066 | ☐ | ☐ | ☐ |
| NYCNHHH | New York Hilton | P | 1/1/1960 | | | 36-2058176 | H020 | | ☑ | ☐ | ☐ |
| EWRAHHH | Newark Airport Hilto | N | 3/5/1993 | | | 36-2058176 | O248 | | ☐ | ☐ | ☐ |
| DETNHHH | Northfield Hilton | P | 9/1/1975 | 10/10/1983 | Northfield Hilton Inc. | 38-1775074 | O067 | 067 | ☐ | ☐ | ☑ |
| DETNVHH | Novi Hilton | P | 7/16/1985 | 6/30/1994 | Stardard Financial Corp. | 38-2011888 | O078 | 078 | ☐ | ☐ | ☑ |
| NYCSHHH | Ny Statler Hilton | P | 12/1/1944 | 5/16/1979 | | 36-2058176 | H021 | | ☑ | ☐ | ☐ |
| CHIOTHS | Oakbrook Terrace Ste | N | 10/31/1989 | | | 36-2058176 | O202 | | ☐ | ☐ | ☐ |
| OAKHIHH | Oakland Arpt Hilton | P | 1/1/1970 | | | 36-2058176 | H022 | | ☑ | ☐ | ☐ |
| CHIOHHH | Ohare Hilton | P | 12/16/1974 | | | 36-2058176 | O068 | | ☑ | ☐ | ☐ |
| OMAOHHH | Omaha Hilton | N | 7/1/1970 | 7/7/1980 | | 36-2058176 | O081 | | ☐ | ☐ | ☐ |
| LASOCHH | O'Sheas Casino | P | 1/1/1989 | | | 36-2058176 | H114 | | ☑ | ☐ | ☐ |
| RNOPCHH | Paco's Casino | P | 6/1/1989 | | | 36-2058176 | H128 | | ☐ | ☐ | ☐ |
| SATPDHH | Palacio Del Rio | P | 4/1/1968 | | Palacio Del Rio, Inc. | 74-1586646 | O059 | 059 | ☐ | ☐ | ☐ |
| PBIAHHH | Palm Beach Arpt Hilton | P | 10/1/1984 | 2/5/1988 | Airport Center, Ltd. | 59-2302350 | O075 | 075 | ☐ | ☐ | ☑ |
| CHIPHHH | Palmer House | P | | | | 36-2058176 | H023 | | ☑ | ☐ | ☐ |
| PARPHHH | Parsippany Hilton | P | 9/1/1981 | 9/16/1991 | | 36-2058176 | H024 | | ☑ | ☐ | ☐ |
| PASPHHH | Pasadena Hilton | P | 8/8/1974 | 5/11/2004 | Pasadena Investment Part | 95-4191703 | O069 | 069 | ☑ | ☐ | ☑ |
| PHLPHHH | Philadelphia Hilton | P | 1/1/1975 | 12/17/1984 | | 36-2058176 | H012 | | ☑ | ☐ | ☐ |
| PHXCAHH | Phoenix Central Actg | P | 8/1/1994 | | | 36-2058176 | H247 | | ☐ | ☐ | ☐ |
| PHXAHHH | Phoenix Hilton | P | 1/1/1981 | 10/30/1986 | | 36-2058176 | H025 | | ☐ | ☐ | ☐ |
| PITPHHH | Pittsburgh Hilton | P | 12/3/1959 | | | 36-2058176 | H026 | | ☑ | ☐ | ☐ |
| PDXPHHH | Portland Hilton | P | 5/1/1963 | | | 36-2058176 | H027 | | ☑ | ☐ | ☐ |
| MSYQNOB | Queen Of New Orleans | P | 11/4/1993 | 9/30/1997 | Queen of New Orleans | 72-1225563 | H245 | 245 | ☐ | ☐ | ☐ |
| RNORHCC | Reno Casino Ledger | P | 12/29/1981 | | | 36-2058176 | H028 | | ☐ | ☐ | ☐ |
| RNORHHH | Reno Hilton | P | 8/1/1992 | | | 36-2058176 | H127 | | ☐ | ☐ | ☐ |
| RYEHIHH | Rye Town Hilton | P | 5/1/1973 | | | 36-2058176 | H030 | | ☑ | ☐ | ☐ |
| SATAPHH | San Antonio Airport | P | 3/4/1992 | 11/6/1997 | SA Hotel Inc | 74-1586646 | O184 | 059 | ☐ | ☐ | ☐ |
| SANHIHH | San Diego Hilton | P | 8/31/1966 | | | 36-2058176 | H031 | | ☑ | ☐ | ☐ |

WHITEDEFS0018036 — CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hilton Hotels - Properties

| CITYHOCN | Name | Part | Begin Date | End Date | Sponsor | EIN | Hotel | Trust | Union | Terminated Prop. | Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SFOIHHH | San Francisco Arpt | P | 1/1/1959 | | | 36-2058176 | H032 | | ☑ | ☐ | ☐ |
| SFOFHHH | San Francisco Hilton | P | 3/1/1964 | | | 36-2058176 | H033 | | ☑ | ☐ | ☐ |
| SEAAHHH | Seattle Arpt Hilton | P | 7/1/1961 | | | 36-2058176 | H034 | | ☑ | ☐ | ☐ |
| HOUSHHH | Shamrock Hilton | P | 1/1/1949 | 7/26/1986 | | 36-2058176 | H035 | | ☐ | ☐ | ☐ |
| SOMSHHH | Somerset Hilton | P | 5/22/1983 | 9/1/1986 | Somerset Operating Comp | 22-2458166 | O073 | 073 | ☐ | ☐ | ☑ |
| STLSHHH | St. Louis Statler | P | 12/1/1944 | 4/1/1966 | | 36-2058176 | O088 | | ☐ | ☐ | ☐ |
| TERHIHH | Tarrytown Hilton | P | 12/1/1961 | | | 36-2058176 | H036 | | ☑ | ☐ | ☐ |
| CVGTHHH | Terrace Hilton | P | 11/1/1956 | 11/30/1993 | | 36-2058176 | H037 | | ☑ | ☐ | ☐ |
| LAXBHHH | The Beverly Hilton | P | 8/1/1955 | 12/31/1994 | | 36-2058176 | H005 | | ☑ | ☐ | ☐ |
| SDFBHHH | The Brown A Hilton | P | 11/16/1984 | 12/31/1989 | The Brown A Hilton | 99-9999999 | O076 | 076 | ☐ | ☑ | ☑ |
| DETTHHH | Troy Hilton | N | 9/1/1972 | 11/1/1978 | | 36-2058176 | O082 | | ☐ | ☐ | ☐ |
| ACYAHTC | Trumph'S Castle | P | 1/1/1985 | | | 36-2058176 | H098 | | ☑ | ☐ | ☐ |
| KHKTBHH | Turtle Bay Hilton | P | 8/1/1983 | 8/31/2001 | Kuilima Resort Company | 99-0262959 | O074 | 074 | ☑ | ☐ | ☐ |
| LAXUHHH | University Hilton | P | 4/1/1975 | 2/15/1984 | Pacific West Company | 95-3438067 | O070 | 070 | ☐ | ☐ | ☑ |
| NYCWAHH | Waldorf Astoria | P | 12/1/1944 | | | 36-2058176 | H038 | | ☑ | ☐ | ☐ |
| DCAWHHH | Washington Hilton | P | 1/1/1965 | | | 36-2058176 | H039 | | ☑ | ☐ | ☐ |

WHITEDEFS0018037

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER