# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE R. WHITE, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> HILTON HOTELS RETIREMENT PLAN, *et al.*, <br><br>    Defendants. | Civil Action No. 16-856 (CKK) |

# ORDER
(March 22, 2022)

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Plaintiffs' [83] Second Renewed Motion for Class Certification is **DENIED**. It is further

**ORDERED**, that, on or before April 12, 2022, the parties shall file a joint status report identifying how they propose to proceed in this matter and a schedule for such proceedings.

**SO ORDERED**.


**Date**: March 22, 2022

/s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge