UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE R. WHITE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HILTON HOTELS RETIREMENT PLAN, )<br>*et al.*, )<br>)<br>Defendants. )<br>_____ ) | Case No. 16-CV-856 (CKK) |

**PLAINTIFFS' NOTICE OF PETITION FOR INTERLOCUTORY REVIEW
PURSUANT TO FRCP 23(F)**

Notice is hereby given that Plaintiffs have on this 5th day April 2022 filed a petition pursuant to Fed. R. Civ. Proc. 23(f) for interlocutory review by the United States Court of Appeals for the District of Columbia Circuit of the District Court's March 22, 2022 Memorandum Opinion and Order denying class certification. The "Petition by Plaintiffs-Petitioners for Leave to Appeal Pursuant to FRCP 23(f)" accompanies this Notice.

DATED: April 5, 2022

/s/ Stephen R. Bruce
Stephen R. Bruce (D.C. Bar No. 289066)
STEPHEN R. BRUCE LAW OFFICES
1667 K Street, N.W., Suite 410
Washington, D.C. 20006
(202) 289-1117
stephen.bruce@prodigy.net

Attorney for named Plaintiffs and Plaintiff Class

**Certificate of Service**

I hereby certify that on April 5, 2022, a true and correct copy of (i) this Notice of Petition for Interlocutory Review Pursuant to FRCP 23(f) and (ii) the Petition by Plaintiffs-Petitioners for Leave to Appeal Pursuant to FRCP 23(f) were sent via CM/ECF electronic filing to the following attorneys for the Defendants:

>Andrew M. Lacy
>Simpson Thacher & Bartlett, LLP
>900 G St. NW
>Washington, DC 20001
>
>Jonathan K. Youngwood
>Simpson Thacher & Bartlett, LLP
>425 Lexington Ave.
>New York, NY 10017
>
>Attorneys for Defendants

>/s/ Stephen R. Bruce
>Stephen R. Bruce